IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD MIMS,  )<br>AIS #298473,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JEFFERSON DUNN, *et al.*,  )<br>  )<br>  Defendants.  )  | CIVIL ACTION NO.:<br>1:17-CV-255-KD-N |

### ANSWER

COME NOW six (6) of the Defendants, Grantt Culliver, Cynthia Stewart, Terry Raybon, Phillip Mitchell[1], Gary Scarbrough, and Darryl Fails, through undersigned counsel, and respond to the Plaintiff's complaint as follows:

1. Defendants deny each and every material allegation and demand strict proof thereof.

2. Holman Correctional Facility ("Holman") maintains a penological interest in conducting searches of inmate dormitories to prevent assaults among inmates, ensure staff and officer safety, and to prevent the use and trade of contraband.

3. Holman maintains a penological interest in subduing inmates who are unresponsive or defiant to orders while a Correctional Emergency Response Team ("CERT") searches their living quarters for contraband.

4. Defendants deny violating Plaintiff's constitutional rights and demand strict proof thereof.

---

[1] Incorrectly identified in the Complaint as C. Mitchell.

5. Plaintiff's complaint fails to state any claim upon which relief can be granted.

6. Plaintiff has failed to allege facts sufficient to support a failure to protect claim.

7. Plaintiff has failed to allege facts sufficient to support a deliberate indifference claim.

8. Plaintiff has failed to allege facts sufficient to support an excessive force claim.

9. Plaintiff has failed to allege facts sufficient to support a failure to provide medical treatment claim.

10. Plaintiff has failed to allege facts sufficient to support an assault and battery claim under state law.

11. Plaintiff has failed to sufficiently plead any issues with particularity.

12. This Court lacks jurisdiction as Defendants are immune from suit.

13. Defendants named in their official capacities are immune by virtue of sovereign immunity.

14. Defendants assert absolute immunity under the Sovereign Immunity provision of the Alabama Constitution to the Plaintiff's state law claims for relief.

15. Defendants are immune from liability in regard to any alleged state law claims based on state-agent immunity and/or discretionary function immunity.

16. Defendants assert that they are each absolutely immune from suit under the Eleventh Amendment to the Constitution.

17. Defendants named in their individual capacities are immune by virtue of qualified immunity.

18. Defendants deny that the Plaintiff/inmate is entitled to damages or any other relief requested.

19. Defendants are not guilty of the things and matters alleged in Plaintiff's Complaint.

20. The Plaintiff has failed to mitigate his damages.

21. Defendants, Grantt Culliver, Cynthia Stewart, Terry Raybon, and Phillip Mitchell cannot be held liable for 42 U.S.C. § 1983 claims under the theory of respondeat superior.

22. Plaintiff is generally not entitled to be awarded punitive damages relating to any claims against Defendants.

23. Any award of punitive damages in this case against the Defendants would violate their constitutional rights under the United States and Alabama Constitution.

24. Plaintiff is not entitled to punitive damages because Defendants did not engage in any conduct with malice or reckless indifference to the Plaintiff's alleged federally protected rights.

25. Defendants assert that the Plaintiff's claims for compensatory and punitive damages are limited by the statutory caps set forth in 42 U.S.C. § 1981a.

26. Defendants reserve the right to assert additional defenses as discovery progresses.

27. Defendants request, pursuant to Fed. R. Civ. P. 12(c), that this Court consider the Special Report filed contemporaneously herewith as a Motion for Summary Judgment as the parties have submitted affidavits in support of their positions and there are no material disputes of fact.

      Respectfully submitted,

      STEVE MARSHALL
      ATTORNEY GENERAL

      /s/ MARY GOLDTHWAITE
      MARY GOLDTHWAITE
      Assistant Attorney General
      Counsel for Defendants Culliver,
      Stewart, Raybon, Mitchell,
      Scarbrough, and Fails

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, I electronically filed the foregoing Answer with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Reginald Mims
AIS #298473
Holman Correctional Facility
Holman 3700
Atmore, AL 36503

    /s/ MARY GOLDTHWAITE
    OF COUNSEL