IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGINALD MIMS, | ) | |
| AIS #298473, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:17-CV-255-KD-N |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF RECORDS

I hereby certify that I am the legal custodian and keeper of the records
of Reginald Mims, AIS # 298473, and that the documents attached hereto
are true and correct copies of medical records pertaining to Reginald Mims.
The attached records are dated March 12, 2015 through August 14, 2017.
These records are produced as they appear on record and on file in my office
at Holman Correctional Facility, Holman 3700, Atmore, Alabama 36503.

I also certify that I have reviewed Reginald Mims' medical file and the
attached medical records are all of Reginald Mims's medical records for the
period of time between March 12, 2015 through August 14, 2017. All of
Reginald Mims' medical records which are attached hereto.

I certify that said records were made in the regular course of business,
and that it was in the regular course of said office fur such records to be

Exhibit D

made at the time of the events, transactions or occurrences to which they
refer or within a reasonable time thereafter.

_____
CUSTODIAN OF MEDICAL RECORDS

SWORN AND SUBSCRIBED before me this the _____ day
of December 2017.

_____
NOTARY PUBLIC

My Commission Expires: _____

My Commission Expires 3/26/2020

Page 2 of 2

 **CORIZON**
*Promote a culture of safety*

**Alabama Department of Corrections**

## HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME _Mims Reginald_   AIS # _298473_   D.O.B. _▇▇▇▇_

Known Allergies: _NKA_

1. Mental Health Codes:  MH-0   MH-1   MH-2   MH-3   MH-4   MH-5   MH-6
2. Medical Health Care Codes:  HC-1   HC-2   HC-3   HC-4   HC-5   HC-6 (with subset)

3. List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)
4. Note any DNR, Advance Directive/Living Will as obtained.  Note date timed-out and/or date rescinded

| Date Identified: | Provider Name: | 1., 2., 3.,  Status: | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | 4. DNR, Living Will, or Advance Directive |
|---|---|---|---|---|---|---|---|
| 3/12/15 | | PPD Ø mm | | | | | |
| 3/17/15 | UNB | | | | | HC-1 | |
| 8/24/15 | Dr. Rahming | Asthma | | | | | |
| 3-16-16 | Stone | Tetanus | | | TENIVAC® NDC 49281-215-58 (L) C4734CA (E) 09.MAY.2017 | | |
| 3-24-16 | Stone | PPD Ø mm | | | | | |
| 3.30.16 | R. Barry Gaston, CRNP | | | | | HC-1 | |
| 4-27-17 | Stone | PPD Ø mm | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP60108AL
Issued 6/2008

© 2013 Corizon Health, Inc.
ADOC-OHS form H-1-a

Alabama Department of Corrections
**Health Coding Guidelines Form**



| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|

_____ Health Code 1     Healthy Status, Stable,     Any Institution:  <u>In or Out of State</u>
                    Infrequent Access to Health Care

_____ Health Code 2     Resolution of Diagnostic Test Pending     <u>In State</u> Hold
      (females)           (i.e., PAP, Mammogram)

_____ Health Code 3     Health Intervention Incomplete     <u>Hold</u> at Current ADOC Institution

_____ Health Code 4     May Require Prompt Access to     House in Major Institution or within
                    24/7 Health Care Unit Staff     Close Proximity to Major Institution

_____ Health Code 5     Requires Specialized Treatment     Call Special Needs Manger or
      (Check Subset)      at a Designated Health Unit     Associate Commissioner of OHS
        ____5-a Dialysis                                      for Transfer Assistance
        ____5-b Respiratory Suspect
        ____5-c Direct Observation Chemo-Therapy ........................... ->  Twice Daily Nurse Visit & Telemedicine
        ____5-d Pregnancy / Post Pregnancy Recovery

_____ Health Code 6     Acute, Critical, or Long Term Health     Call Special Needs Manger or
      (List Subsets)       Condition Which Prevents Inmate     Associate Commissioner of OHS
       _____           From Routinely Attending to Own     Prior to an Institution Transfer
       _____           Activities of Daily Living (ADL's)
       _____

_____ Health Code 7     Cognitive Disorder / Alzheimer's     Call Special Needs Manger or
                    Environment Consideration     Associate Commissioner of OHS
                                                     Prior to an Institution Transfer

Provider Comments: _____

_____

_____ R. Barry Gaston, CRNP

Provider Signature: _____   Title: _____   Date: 3·Jull

__Mims, Reginald__                   AIS#: __298413__    D.O.B ▮▮▮▮▮
Inmate Name

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information Institution: __Holman__

**Note:**
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab
  values based on individual inmate's clinical criteria after health evaluation by the Provider.
*<u>Sliding Scale</u> Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014              File:  Health Record

**Alabama Department of Corrections**

**INMATE FOOD SERVICE CLEARANCE**



CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):

Diarrhea?                                                    ☐ Yes    ☑ No

Vomiting?                                                   ☐ Yes    ☑ No

Jaundice?                                                   ☐ Yes    ☑ No

Sore throat with fever?                              ☐ Yes    ☑ No

Infected Cut or Open and/or Draining wound?   ☑ Yes   ☐ No — Pt is currently on tx for wound

TB symptoms screening negative?              ☑ Yes    ☐ No
(complete TB Symptoms Screening form)

 Heat Related Restrictions?                        ☐ Yes    ☑ No

---

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she is medically cleared as a food service worker at this time.

☐  He/she is not medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next:  12  days / months (circle one).

R. Camley / LPN                              3-24-16
Licensed Health Care Professional Signature  /  Title          Date

---

Mims, Reginald                    298473    [REDACTED]    Holman
INMATE NAME                        AIS #        DOB         INSTITUTION

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

File:
Original in Health Record
Copy to ICS

NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.



# TB SCREENING FORM

Promote a culture of safety

Skin Test Positive Date: _N/A_   MM Reading _NA_   Today's Date: _3-24-16_

**Any Symptoms of:**

|  | Yes | No |
|---|---|---|
| Loss of Appetite | | ✓ |
| Fever / Chills | | ✓ |
| Hoarseness | | ✓ |
| Chest Pain | | ✓ |
| Weight Loss | | ✓ |
|    Usual Weight | 150 | |
|    Present Weight | 150 | |
| Night Sweats | | ✓ |
| Excessive Fatigue | | ✓ |
| Dyspnea | | ✓ |
| Productive Cough (more than 3 weeks) | | ✓ |
| If YES:  Sputum Production _____ Color _____ | | |
|    Consistency _____ | | |
| Hemoptysis | | |
| HIV Positive | | |

Nurse Signature: _R. Cromley LPN_   Date: _3-24-16_

*\*Refer to MD or Mid-Level Provider if any Yes answers on symptom screening.*

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Mims, Reginald | 298473 | ███████ | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP60512AL
Issued 4/2010

Revised 3/28/2014

© 2014 Corizon Health, Inc.

Alabama Department of Corrections

## Inmate Consent for Verbal Communication / Release of Current Health Status



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

.............................................................................................................................................

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

Name ▮▮▮▮▮▮▮▮▮▮▮▮        Family Relationship: Mother

Address ▮▮▮▮▮▮▮▮▮▮▮        Phone Number ▮▮▮▮▮▮▮▮▮▮▮

Name: Reginald Mims        Family Relationship: father

Address ▮▮▮▮▮▮▮▮▮▮▮        Phone Number ▮▮▮▮▮▮▮▮▮▮▮

Inmate Name (printed): Mims, Reginald

AIS # : 298473        Date of Birth ▮▮▮▮▮▮▮▮

Inmate Signature: Mims, Reg  X  Reginald Mims

Authorized Health Care Professional (signature): R. Cromley        Title: LPN        Date: 3-24-16

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

# ADOC

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Name ▮▮▮▮▮▮▮▮▮▮

Relationship *mother*

Street Address ▮▮▮▮▮▮▮▮▮▮                    Phone Number ▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮    State *AL*    Zip Code ▮▮▮▮▮▮

Inmate Signature *X Reginald Mims*    Doc# *298473*    S.S.# ▮▮▮▮▮▮    Date *3-24-16*

Witness *R. Camleyer*    Date *3-24-16*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Mims, Reginald | 298473 | ▮▮▮ | Bm | HCF |

CONFIDENTIAL & PRIVILEGED

AL-70003-CMS Notification of Next of Kin

Alabama Department of Corrections
**Health Coding Guidelines Form**



| <u>Health Code</u> | <u>Status</u> | <u>Placement Guideline</u> |
|---|---|---|
| ✓ Health Code 1 | Healthy Status, Stable, Infrequent Access to Health Care | Any Institution: <u>In or Out of State</u> |
| _____ Health Code 2 (females) | Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) | <u>In State</u> Hold |
| _____ Health Code 3 | Health Intervention Incomplete | <u>Hold</u> at Current ADOC Institution |
| _____ Health Code 4 | May Require Prompt Access to 24/7 Health Care Unit Staff | House in Major Institution or within Close Proximity to Major Institution |
| _____ Health Code 5 (Check Subset)<br>_____ 5-a  Dialysis<br>_____ 5-b Respiratory Suspect<br>_____ 5-c  Direct Observation Chemo-Therapy ..................................... -><br>_____ 5-d Pregnancy / Post Pregnancy Recovery | Requires Specialized Treatment at a Designated Health Unit | Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance<br><br>Twice Daily Nurse Visit & Telemedicine |
| _____ Health Code 6 (List Subsets)<br>_____<br>_____<br>_____ | Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |
| _____ Health Code 7 | Cognitive Disorder / Alzheimer's Environment Consideration | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |

Provider Comments: _____

_____

_____

Provider Signature: *Marianne Bakey, SNP RC*      Title: *SNP RC*   Date: *3/17/15*

Inmate Name *Mims, Reginald*      AIS# *298473*   D.O.B. ▮▮▮▮

Institution: *Kilby Correctional*

CONFIDENTIAL & PRIVILEGED

Note:
[Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
²Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014

File:  Health Record

**Correctional Medical Services**

**Pneumococcal Vaccine Consent Form**

Name: Mims, Reginald   Birthdate: ████████

Identification Number: 298473

"I have read the Pneumocaccal Vaccine What You Need To Know Sheet and given the opportunity to ask questions regarding the Pneumococcal Vaccine and they were answered to my satisfaction.  I believe I understand the benefits and risks of the vaccine and ask that Pneumococcal Vaccine be given to me or to the person named above for whom I am authorized to make this request."

Please answer the following questions:

|  | Yes | No |
|---|---|---|
| Have you ever had a serious allergic reaction to a previous dose of pneumococcal vaccine? |  | ✓ |
| Are you pregnant? |  | ✓ |
| Are you nursing at the present time? |  | ✓ |
| Are you moderately or severely ill at this time? |  | ✓ |
| Do you have a fever? |  | ✓ |

_Reginald Mims_          12-4-15
Inmate/Patient Signature          Date

---

Vaccine administration date: 12/4/15

Manufacturer: Nucta Co, Inc   Lot # LD03227   exp 10/13/16

Site of injection: R Deltoid

_signature_ RN
Signature and title of Vaccine Administrator

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit D



# Influenza Campaign 2015-16
## Patient
### Consent or Refusal for Vaccine

| DEMOGRAPHICS | | |
|---|---|---|
| Facility: Kilby | | Inmate Number: 298473 |
| Inmate Name: Mims Reginald | | Date of Birth: ▓▓▓▓ |
| Housing Location: ○ General Population  ○ Segregation  ○ Infirmary  ○ Other | | Sex: ☑ Male ☐ Female |

| HISTORY | | | |
|---|---|---|---|
| 1. | Have you had a flu shot before? (¿Le han aplicado una inyección contra la influenza anteriormente?) | ○ YES(Si) | ○ NO |
| | *If you answer yes to any of the following questions, we will not administer a flu shot.* *(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza.)* | | |
| 2. | Have you ever had a severe allergic reaction to a flu shot? Guillian-Barre Syndrome (GBS)? (¿Alguna vez ha tenido una reacción alérgica grave a una inyección contra la influenza?) | ○ YES(Si) | ● NO |
| 3. | Do you have a severe egg allergy? (¿Es alérgico al huevo?) | ○ YES(Si) | ● NO |
| 4. | Have you ever had an allergic reaction to any vaccine? (¿Ha tenido alguna reacción alérgica a alguna vacuna?) | ○ YES(Si) | ● NO |
| | *If you answer yes to any of the following questions, we will not administer a flu shot* ***TODAY.*** *(Si responde "sí" a alguna de las siguientes preguntas, no le administraremos la inyección contra la influenza* ***HOY.****)* | | |
| 5. | Are you currently taking an antibiotic for infection? (¿Actualmente está tomando algún antibiótico para una infección?) | ○ YES(Si) | ● NO |
| 6. | Do you feel ill today or do you have a fever? (¿Se siente enfermo o tiene fiebre hoy?) | ○ YES(Si) | ● NO |

I state that the above history is true and complete to the best of my knowledge. I received the Vaccine Information Statement: "Influenza (Flu) Vaccine (Inactivated or Recombinant): What You Need To Know" CDC form number 42 U.S.C. (8/07/2015) §300aa-26 on 10/7/15 and have been given the opportunity to ask questions.

(Afirmo que los antecedentes anteriores son verdaderos y completos a mi leal saber y entender. Recibí la Declaración de Información de la Vacuna: La influenza (gripe) vacunas inactivadas o recombinante): Lo que usted necesita saber "CDC 42 U.S.C. (8/07/2015), Sección 300aa-26,el ___/___/____ y se me dio la oportunidad de hacer preguntas.)

☑ I understand the benefits and risks of influenza vaccine, and ask that the vaccine be given to me.
(Comprendo los beneficios y los riesgos de la vacuna contra la influenza y solicito que se me administre).
☐ I decline the influenza vaccine and understand the risk of doing so.
(Despúes de rechazar la vacuna contra el virus de la influenza y entender el riesgo de hacerlo.)

Reginald Mims
Patient Signature(Firma del paciente)

Date (Fecha): 10-7-15

| INJECTION INFORMATION (INFORMACIÓN DE INYECCIÓN) | | |
|---|---|---|
| Vaccine: Fluvirin | Manufacturer: Novartis | |
| Lot Number: 1514901 | Vaccine Expiration Date: 5-20-16 | |
| Site: ☑ Right Deltoid  ☐ Left Deltoid | Other: | |
| Administered by: ~~CONFIDENTIAL AND PRIVILEGED Quality Improvement~~ | Title: LPN | Date: 10-7-15 |

NA0662a
Issued 08/2013

Revised 8/2015

© 2015 Corizon Health, Inc.

  

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | RESPONSE | | RESPONSE | | RESPONSE |
|---|---|---|---|---|---|
| Year 1 | Institution: Holman | Year 2 | Institution: Holman | Year 3 | Institution: |
| 1. | 3-24-16 | 1. | 4-27-17 | 1. | |
| 2. | 20 | 2. | 22 | 2. | |
| 3. | 106/80 | 3. | 114/61 | 3. | |
| 4. | 99.0 | 4. | 98.1 | 4. | |
| 5. | 65 | 5. | 60 | 5. | |
| 6. | 18 | 6. | 16 | 6. | |
| 7. | 150 lbs. | 7. | 151 lbs. | 7. | lbs. |
| 8. | 150 lbs. | 8. | 150 lbs. | 8. | lbs. |
| 9. | ∅ lbs. | 9. | +1 lbs. | 9. | lbs. |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | 10. | No / Yes (see notes) |
| 11. | 92 | 11. | 96 | 11. | |
| 12. | mm's | 12. | ∅ mm mm's | 12. | mm's |
| 13. | NA Normal / Abnormal (see form) | 13. | NA Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) |
| 14. | ∅ N.M / RC | 14. | ∅ R. N / Cₓ | 14. | / |
| 15. | ∅ N.M / RC | 15. | / | 15. | / |
| 16. | ∅ N.M / RC | 16. | ∅ | 16. | / |
| 17. | Yes No (see notes) | 17. | Yes / No (see notes) | 17. | Yes / No (see notes) |
| 18. | N/A PAP Not Needed / PAP Needed | 18. | NA PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) |
| 18. c. | | 18. c. | | 18. c. | |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | 19. | No / Yes (see results below) |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) |
| 22. | | 22. | | 22. | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) |
| 24. | | 24. | | 24. | |
| 25. | / | 25. | / | 25. | / |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 26. | / / | 26. | / / | 26. | / / |
| 27. | / | 27. | / | 27. | / |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) |
| 29. | 3-24-16 N/A | 29. | | 29. | |
| 30. | ∅ N.M | 30. | ∅ R. N / Cₓ | 30. | |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 31. | 20/30 / 20/30 / 20/30 | 31. | / / | 31. | / / |
| 32. | | 32. | / | 32. | / |
| 33. | N/A Normal / Abnormal (see report) | 33. | NA Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) |
| 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) |
| 35. | 3/15 Normal / Abnormal (see report) | 35. | 3/15 Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) |
| 36. | 3/15 Normal / Abnormal (see report) | 36. | 3/15 Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) |
| 37. | N/A Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) |
| 41. | 3-24-16 C.Brayen | 41. | C.Brayen | 41. | |
| 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) |
| 43. | N/A Normal / Abnormal (see notes) | 43. | NA Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) |
| 45. | Normal / Abnormal (see report) | 45. | Normal / Abnormal (see report) | 45. | Normal / Abnormal (see report) |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) |
| 47. | R. Crawley PN | 47. | C.Brayen | 47. | |

Inmate Name: Mims, Reginald   AIS# 298473   D.O.B. ▇▇▇

Exhibit D

Alabama Department of Corrections
**_Health Coding Guidelines Form_**



| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|

✓_____ Health Code 1 — Healthy Status, Stable, Infrequent Access to Health Care — Any Institution: <u>In or Out of State</u>

_____ Health Code 2 (females) — Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) — <u>In State</u> Hold

_____ Health Code 3 — Health Intervention Incomplete — <u>Hold</u> at Current ADOC Institution

_____ Health Code 4 — May Require Prompt Access to 24/7 Health Care Unit Staff — House in Major Institution or within Close Proximity to Major Institution

_____ Health Code 5 (Check Subset) — Requires Specialized Treatment at a Designated Health Unit — Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance
_____5-a  Dialysis
_____5-b Respiratory Suspect
_____5-c  Direct Observation Chemo-Therapy ......................................... -> Twice Daily Nurse Visit & Telemedicine
_____5-d  Pregnancy / Post Pregnancy Recovery

_____ Health Code 6 (List Subsets) — Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer
_____
_____
_____

_____ Health Code 7 — Cognitive Disorder / Alzheimer's Environment Consideration — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

Provider Comments: _____

_____

_____

Provider Signature: _____    Title: M D    Date: 5/11/17

Inmate Name: Mims Reginald    AIS#: 298473    D.O.B. ▓▓▓▓▓

Institution: Holman

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Note:**
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.

*<u>Sliding Scale</u> Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014                    File:  Health Record

Attachment 2



## T.B. Screening Form

Skin Test Positive Date: _NA_          MM Reading: _____ Today's Date: _4-27-17_

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | | ✓ |
| Fever / Chills | | ✓ |
| Hoarseness | | ✓ |
| Chest Pain | | ✓ |
| Weight Loss | | ✓ |
| Usual Weight | 150 | |
| Present Weight | 151 | |
| Night Sweats | | ✓ |
| Excessive Fatigue | | ✓ |
| Dyspnea | | ✓ |
| Productive Cough (more than 3 weeks) | | ✓ |

IF YES:
Sputum Production _____    Color _____

     Consistency _____

Hemoptysis _____ 0 _____

HIV Positive _____

Nurse Signature _____ Date _4-27-17_

***Chest X-Ray & Sputum if any YES answers (excluding HIV).***

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Mims Reginald | 298473 | ████████ | Holman |

CONFIDENTIAL PRIVILEGED
Quality Improvement Information

CP60512AL                    AL-DOC TB Screening Form              © 2016 Corizon Health, Inc.
Issued 4/2010                      Revised 4/2016

Exhibit D

**Alabama Department of Corrections**

**INMATE FOOD SERVICE CLEARANCE**



---

**CURRENT SYMPTOM** SCREENING (REQUIRED FOR CLEARANCE):

| | | |
|---|---|---|
| Diarrhea? | □ Yes | ☑ No |
| Vomiting? | □ Yes | ☑ No |
| Jaundice? | □ Yes | ☑ No |
| Sore throat with fever? | □ Yes | ☑ No |
| Infected Cut or Open and/or Draining wound? | □ Yes | ☑ No |
| TB symptoms screening negative? (complete TB Symptoms Screening form) | ☑ Yes | □ No |
| Heat Related Restrictions? | □ Yes | ☑ No |

---

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **is** medically cleared as a food service worker at this time.

□ He/she **is not** medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _____ days / months (circle one).

_____CBrau PN_____ / _____          _42-7-17_

Licensed Health Care Professional Signature / Title          Date

---

__mims Reginald__          __298473__   ██████   __Holman__

**INMATE NAME**          **AIS #**   **DOB**   **INSTITUTION**

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

CONFIDENTIAL & PRIVILEGED
File:
Original in Health Record
Medical Relevant Information
Copy to ICS

K38

NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.

Alabama Department of Corrections
## Inmate Consent for Verbal Communication / Release of Current Health Status



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).
......................................................................................................................................................

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

**Name** ████████████████                    **Family Relationship** *mother*

**Address** ████████████                     **Phone Number** ████████████

**Name** Reginald Mims                        **Family Relationship** *father*

**Address** Bessemer, AL                      **Phone Number** ████████████

Inmate Name (printed): Mims Reginald

AIS # : 298473                                Date of Birth: ████████

Inmate Signature: X Reginald Mims

_____              _____    4-21-17
Authorized Health Care Professional   (signature)    Title         Date

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

Exhibit D

## ADOC

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Wilhelmina McGee

**Name**

mother

**Relationship**

205 1165399

**Phone Number**

**City**

AL

**State**

**ip Code**

Reginald McGee

**Inmate Signature**

**Doc#**

**S.S.#**

4-27-17

**Date**

**Witness**

**Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| McGee, Reginald | | 298473 | 4-9-95 | B/m | Holman |

CONFIDENTIAL
Quality Improvement Information

AL-70003-CMS Notification of Next of Kin

 **CORIZON** HEALTH

**Nursing Encounter Tool**
*Upper Respiratory Symptoms*
*(Asthma, Influenza and Upper Respiratory)*

| Demographics/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 8/1/17 | | Time Seen: 1647 |
| Patient Name: Last Mims | | First Reginald | MI | ID # 298473 | DOB 4/9/95 | Age: |

Vital Signs:
*Call Practitioner

| | *T>100 T:98? | *P>100 P:58 | R: 14 | *SBP<100 BP: 126/71 | Pulse Ox: 98 % ☑RA ☐O₂: ___ lpm Wt: 180 | ☐ Actual ☐ Reported |

Allergies: NKA

Chronic care clinic: ☑Y ☐N    What Clinic(s): Asthma

## Subjective

☐ Chief Complaint: Cough

Onset Date: Sun. morning

☑ Last documented TB Test  Date: 9/27/17
   Result ☐ Positive ☑ Negative  Ø mm
☐ Last CXR  Date: __/__/____

**Associated Factors:**
☐ Nasal redness ☐ Nasal congestion ☐ Fever ☐ Chills
☐ Nasal drainage
   Describe:_____
☐ Foul breath ☐ Nausea ☐ Vomiting
☑ Headache  location: temple
☐ Ear pain ☐ Left ☐ Right  Now____/10 Worst____/10
☐ Ear drainage ☐ Left ☐ Right
   Describe:_____
☐ Sore throat ☐ Difficulty swallowing how long
☐ SOB ☐ At rest ☐ Talking ☐ Walking
☐ Cough ☐ Productive ☐ Nonproductive ☐ Purulent
   Describe:_____
☐ Generalized aches/pains ☐ Extreme fatigue
☐ Night sweats ☐ Weight loss ☐ Coughing up blood
*If yes to coughing up blood or any 2 (fever, weight loss, night sweats)Place face mask or airborne infection isolation*

**Precipitating Factors:**
☐ Exercise ☐ Respiratory Infection ☐ Smoking ☐ Stress
☑ Weather change
☐ Inhaled allergen/irritant

**Current Medications: (Mark all that apply)**
☐ Controller (Steroids) inhaler
   Frequency: _____ Last use: _____
☐ Rescue inhaler
   Frequency: _____ Last use: _____
☑ Nebulizer treatment
   Frequency: QID prn  Last use: _____
☐ Oral Steroids ☐ Other:_____
☐ New medications within past 30 days
   What medications:_____

**Pertinent Medical Conditions:**
☐ CHF ☐ Immunocompromised ☐ Steroid use ☐ Diabetes
☐ COPD ☑ Asthma ☐ Pneumonia ☐ Treatment for LTBI
☐ Hospitalization for Influenza
☐ Exposure to smoke Describe:_____
☐ Recent Flu shot

## Objective

☐ Quiet chest, acute respiratory distress*
*IMMEDIATE CALL TO PRACTITIONER
**Eyes**
☑ Normal
☐ Watery ☐ Red ☐ Pale ☐ Swollen
☐ Drainage
   Describe:_____
**Ears**
☑ Normal ☐ Drainage ☐ Left ☐ Right
   Describe:_____
**Nose**
☑ Normal ☐Red ☐ Swollen
☐ Drainage
   Describe:_____
**Throat**
☑ Normal ☐ Red ☐ White spots ☐ Swelling ☐ Exudates
☐ Bad breath Describe:_____
**Neck**
☑ Supple if not describe:_____
**Respiratory**
☑ Normal ☐ SOB ☐ Accessory muscle use ☐ Retractions
☐ Labored ☐ Sputum production Describe:_____
**Lung sounds**
   R Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet
   L Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet
**Skin**
☑ Warm ☑ Dry ☐ Pale ☐ Cold ☐ Clammy ☐ Sweaty
**Baseline PEFR**
   1) _____ 2) _____
   3) _____
**Post treatment exam time:**
   Pulse Ox _____ %☐ RA ☐ 0₂ _____/lpm
**Lung sounds**
   R Lung ☐ Clear ☐ Wheezing ☐ Diminished ☐ Wet
   L Lung ☐ Clear ☐ Wheezing ☐ Diminished ☐ Wet
**Post treatment PEFR**
   1) _____ 2) _____
   3) _____

**Tests**
☐ Fingerstick result _____ (Diabetics)
Comments:_____
_____

PRIVILEGED
Quality Improvement Information

Nurse signature _____    Print/stamp: W. Sturdivant, LPN



**Nursing Encounter Tool**
*Upper Respiratory Symptoms*
*(Asthma, Influenza and Upper Respiratory)*

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Patient | Last Mims | First Reginald | ID Number 298473 |
|---|---|---|---|

---

☐ **Emergent Intervention**

Practitioner notified: _____ Time:_____

If CPR or AED is initiated use Emergency Response Form

EMS process activated        Time:_____
EMS arrival                         Time:_____
EMS transport                     Time:_____
Facility transported to:_____
☐ Other:_____

**COMMENTS:**

---

☐ **Urgent Intervention-Contact Practitioner**

Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100   ☐ Abnormal fingerstick, Diabetic <70 or>240
☐ *Quiet chest acute respiratory distress                                    ☐ Other:_____
☐ Pulse Ox <93% ☐ PEFR < 200
☐ Unable to swallow
☐ Positive TB Screen                                                                   Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Purulent drainage or exudates                                               ☐ Seen by practitioner   Name:_____Time:_____
☐ Nausea/vomiting >24 hours                                                    ☐ Contacted practitioner  Name:_____Time:_____
☐ Wheezing with no prior history
☐ Symptoms not improved after nebulizer treatment
☐ Persistent cough with yellow or green sputum
Practitioner Orders Received ☐ Y ☐ N                                       ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
**COMMENTS/ORDERS:**

---

☑ **Nursing Intervention**

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|

☐ Warm salt water gargles PRN
☐ Advise rest and increase oral fluid intake
☐ Nebulizer treatment if order for PRN Time: _____   ☐ O₂ @_____LPM via_____
☐ Restrict activity till symptoms abate
☐ Nurse follow up scheduled                                                       ☑ OTC medication per site guideline
☐ Referral to practitioner for current presenting complaint           List: Chlortrimeton, Acetaminophen, Ibuprofen, or Saline nasal spray
☐ Referral to practitioner for multiple visits for same complaint   ☐ KOP
☐ Custody notified of special needs                                            ☑ Medication administered
☑ No further follow up needed at this time                                    ☑ Medication noted on MAR

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given    ☐ Written information provided    ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
**COMMENTS:**

Ibuprofen 200mg (2) Twice Daily PRN

| Nurse signature | W. Sturdivant, RN | 8|1|17 | 1047 |
|---|---|---|---|
| Nurse signature | Print/stamp | Date/time | |

NA6228b
Issued 1/2013                                          Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

I cought up some blood this morning.

Name (print): Meginald Mims          AIS # 298473          Date of Birth 4-9-95

Institution: Holman          Housing Area: A-33          Date:

Sick Call Form Collected by Health Staff: ____ (initials) Title: ____ Date: 8/1/17 Time: 0935

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: ____          Date: ____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter          2 ____ Referral for follow up required; to be scheduled

    **Co-Pay Fee <u>Incurred</u>:**

    ____ $4.00 - Nurse          (a) ____ Medical Provider

    ____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge          (b) ____ Dental Clinic

    ____ $4.00 – **Scheduled but Refused Encounter**          (c) ____ Mental Health Services

              (d) ____ Other:_____

Inmate Name                                        AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013          Distribution: Original (page 1)-Inmate Health Record          © 2014 Corizon Health, Inc.
CP7166AL                                        Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014          Copy (page 2)-inmate post health review



**Nursing Encounter Tool**
*Dental*

| Demographic/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name: Holman | Location Seen: Hu | | Date Seen: 3/8/17 | Time Seen: ___ |
| Patient Name: Last Mims | | First Reginald MI | ID # 298473 | DOB: 4/9/95  Age: |
| Vital Signs: *Call Practitioner | *T>100  *P>100  T:97.9  P:58  R:17 | *SBP<100  BP: 152/116 | Pulse Ox: 98 % ☑RA ☐O₂: ___/lpm | Wt: 157  ☑Actual ☐Reported |
| Allergies: NKA | | | | |
| Chronic care clinic: ☑Y ☐N   What Clinic(s): Asthma | | | | |

### Subjective

Chief Complaint: Tooth Pain
Onset Date: Monda  Time: (if injury) _____
Have you had this problem before? ☑Y ☐N
Describe: _____

☐ Recent dental work? Date_____
Describe: _____

☐ Dental Pain
  ☐Right upper back ☐Left upper back
  ☐Right lower back ☐Left lower back
  ☑Right upper front ☐Left upper front
  ☐Right lower front ☐Left lower front

☑Pain scale now ___7___/10 at worst ___10___/10
What makes it better: _____
What makes it worse: _____
  ☑Aching ☐Throbbing ☐Dull
  ☐Sharp ☐Constant ☑Intermittent
☐Other: _____

**Associated Factors:**
☐Sinus problems ☑Difficulty chewing
☐Earache ☐Sore throat
☑Sensitivity ☑Hot ☑Cold
☑Does pain radiate? Where Headache
☐Swelling
☐Dry mouth
☐Drainage – bad taste in the mouth
☐Fever

**Current Medications: (mark all that apply)**
☐Anticoagulant: _____
☐Aspirin ☐NSAIDS:_____
☐Other_____

**Past Medical Conditions:**
☐Endocarditis: (date)_____
☐Artificial heart valve ☐Heart condition from birth

### Objective

☐ Tooth knocked out?
Do you have the tooth? ☐Y ☐N
*If yes, and less than 1 hour handle tooth only by crown and place in cup of cold milk -or- saline solution and contact dentist.*

**Face:**
☑Symmetric ☐Asymmetric

☐ Evidence of trauma/injury to jaw/face
  Describe: _____

☐ Visual evidence of tooth decay/fracture
  Describe: _____

☐ Swelling/redness/pus surrounding affected tooth
  Describe: _____

☐ Jaw or facial swelling
  Describe: _____

☐ Oral lesion
  Describe: _____

☐ Open sore or lump
  Describe: _____

☐ White patches on mouth, tongue or pharynx
☐ Pain upon opening jaw widely
Comments: _____

| Nurse signature | Print/stamp |
|---|---|
| T. Young | 2. Young |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6232b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page **1** of 2



**Nursing Encounter Tool**
*Dental*

| Patient | Last | Mims | First | Reginald | ID Number | 298473 |

Quality Improvement Information
CONFIDENTIAL & PRIVILEGED

---

☐ **Emergent Intervention**

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated            Time: _____
EMS arrival                      Time: _____
EMS transport                    Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

---

☐ **Urgent Intervention-Contact Practitioner**

**Practitioner contact required due to:** (check all that apply)
☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP <100
☐ Tooth found less than 1 hr after knocked out
☐ Significant injury/trauma to jaw
☐ Evidence of pus collection/swelling

Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Contacted practitioner  Name: _____ Time: _____
☐ Seen by practitioner  Name: _____ Time: _____

Practitioner orders received ☐ Y ☐ N          ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

COMMENTS/ORDERS:

---

☑ **Nursing Intervention**

**CONTINUITY OF CARE**                          **MEDICATION**
☐ Apply cold compress PRN for minor trauma
☐ Suggest warm rinses PRN                    ☐ OTC medication per site guideline
☐ Nurse follow up scheduled                  List: Acetaminophen or Ibuprofen
☐ Referral to practitioner for white patches/lesions in the mouth
☑ Referral to practitioner for current presenting complaint
☐ Referral to practitioner multiple visits for same complaint      ☐ KOP
☐ Referred to practitioner for evaluation of enrollment in CCC     ☑ Medication administered
☐ Referral to practitioner for current presenting complaint       ☑ Medication noted on MAR
☐ No further follow up needed at this time

**Do not apply warm compress to face for dental abscess**

**PATIENT EDUCATION**
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided      ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS:  Motrin 200mg x 2 tabs TID PO x _____ days

---

| Nurse signature | Print/stamp | Date/time |
|---|---|---|
| [signature] | T. Young | 8/8/17  2110 |

NA6232b
Issued 1/2013                    Revised 8/2015                    ©2015 Corizon Health, Inc.
                                                                  Page 2 of 2

 **CORIZON** HEALTH

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

My teeth behind my other teeth hurt. And my ribs start Back hurting.

Name (print): Reginald Mims          AIS # 298473          Date of Birth 4-9-95

Institution: Holman          Housing Area: K-38          Date:

Sick Call Form Collected by Health Staff: ___ (initials) Title: LPN Date: 3/7/17 Time: 0155

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title:          Date: 3/7/17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

2 ✓ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred</u>:**

(a) _____ Medical Provider

_____ $4.00 - Nurse

(b) ✓ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

(c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**

(d) _____ Other:_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name _____          AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

RCD 3/9/17



Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: __Holman_____   Date: __1-30-17__   Time: __0918__

Individual Requesting Body Chart (print name): ___Finluca_____   Title: __CO__

**Inmate statement**:

"  "I'm good."  "

**Description of markings**:

Pt A+O x3, Amb c̄ diff. Skin w/d/i ∅ evidence of injury/distress.
Denies needs

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): ___E. Graydn_____   Date: __1-30-17__   Time: __0922__

**Inmate Name:** __Mims, Reginald__   AIS #: __298473__   DOB: __4-9-95__

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

Exhibit D



**Nursing Encounter Tool**
*Ears*

| Demographic/Vital Signs |
|---|

Facility Name: Holman    Location Seen: HCU    Date Seen: 11-23-16    Time Seen: 1240

Patient Name: Last Mims    First Reginald    MI ___    ID # 298473    DOB: 4/9/95    Age: 21

Vital Signs:    *T>100    *P>100    *SBP<100    Pulse Ox 97 % ☑RA □ O₂: ___ /lpm    Wt: 150 ☑Actual □ Reported
*Call Practitioner    T: 98.6    P: 70    R: 18    BP: 94/66

Allergies: NKA

Chronic care clinic: ☑Y □ N    What Clinic(s): Asthma

| Subjective | Objective |
|---|---|

**Subjective**

Chief Complaint: "My ear hurts"
Onset Date: ___ on + off since Oct 2016

**Associated Factors:**
☑ Pain □ Acute ☑ Chronic (> 2-3 weeks)
□ Pain now ___ /10    at worst ___ /10
What makes it better ∅
What makes it worse    touching
□ Cough □ Productive  Describe: ___
□ Problems with balance  Describe: ___
□ Dizziness

| LEFT | COMPLAINT | RIGHT |
|---|---|---|
| □ | Buzzing | □ |
| □ | Ringing | □ |
| □ | Roaring | □ |
| □ | Whistling | □ |
| □ | Hissing | □ |
| □ | Foreign body | □ |
| □ | Pain | □ |
| □ | Drainage | □ |
| □ | Loss of hearing | □ |
| □ | Pop | □ |

**Current Medications:**
□ New medication within the past 30 days
  What medications: ___

**Pertinent Medical Conditions:**
□ Seasonal allergies
□ Current or recent URI
□ Head trauma
  Describe: ___
□ Ear trauma
  Describe: ___
□ Meniere's disease      CCC
□ Tinnitus               asthma

**Objective**

**Eyes:**
☑ Clear □ Pale □ Watery □ Red □ Swelling
□ Drainage
  Describe: ___
□ Otoscope available ☑Y □ N

**Ears:**

| LEFT | OBSERVATION | RIGHT |
|---|---|---|
| | Canal | |
| ☑ | Normal | ☑ |
| ☑ | Red    Slightly | □ |
| □ | Swollen | □ |
| □ | Wax build up | ☑ |
| | Tympanic membrane | |
| □ | Swollen | □ |
| □ | Red | □ |
| □ | Bulging | □ |
| □ | Pearly white | □ |
| □ | Hole | □ |

□ Visible drainage □ Left □ Right
  Describe: ___
□ Foreign object visible □ Left □ Right
  Describe: ___

**Nose:**
☑ Normal □ Congestion □ Red
□ Drainage
  Describe: ___

**Throat:**
☑ Unremarkable    □ Exudates
□ Red    □ Enlarged tonsils    □ Swelling

**Neck:**
☑ Supple □ Swollen lymph nodes
  Describe: ___

**Lung sounds:**
R Lung ☑ Clear □ Wheezing □ Diminished □ Wet
L Lung ☑ Clear □ Wheezing □ Diminished □ Wet

**Test:**
Hearing test:  Rub fingers together beside each ear
☑ Patient acknowledges hearing ☑R ear ☑L ear

**Comments:** ___

Nurse signature    Print/stamp

Confidential & PRIVILEGED
Quality Improvement Information

NA6202b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2



**Nursing Encounter Tool**

*Ears*

Quality Improvement Information

CONFIDENTIAL & PRIVILEGED

| Patient | Last Mims | First Reginald | ID Number 298473 |
|---|---|---|---|

---

☐ **Emergent Intervention**

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated    Time: _____
EMS arrival             Time: _____
EMS transport           Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

---

☐ **Urgent Intervention-Contact Practitioner**

**Practitioner contact required due to:** (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100    ☐ Abnormal hearing test
☐ Foreign object in ear                                          ☐ Other: _____
☐ Purulent drainage or exudate
☐ Wheezing or diminished lung sounds       Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Hole in tympanic membrane                ☐ Seen by practitioner   Name: _____ Time: _____
                                           ☐ Contacted practitioner  Name: _____ Time: _____
Practitioner orders received ☐ Y  ☐ N      ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

COMMENTS/ORDERS:

---

☑ **Nursing Intervention**

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|

☐ Ear irrigated
☐ Advise rest and increase oral fluid intake
☐ Warm salt water gargles PRN
☐ Nurse follow up scheduled
☐ Referral to practitioner for current presenting complaint
☐ Custody notified of special needs
☐ No further follow up needed at this time

☐ O₂ @ _____ LPM via _____

☑ OTC medication per site guideline
List: Acetaminophen, Ibuprofen, (Debrox)
☐ KOP
☐ Medication administered
☐ Medication noted on MAR

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☑ Education given  ☐ Written information provided  ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS: Build up noted to ℝ ear - Debrox ordered.
Pt has MD appt for ℝ ear pain
Ibuprofen 400 mg ℝx 7(d)

| Nurse signature | Print/stamp | Date/time |
|---|---|---|
| Aidell LPN | Aidell LPN | 11-23-16 |

NA6202b
Issued 1/2013                     Revised 8/2015

©2015 Corizon Health, Inc.
Page **2** of 2



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

They have not seen me yet about my ear affection.

Name (print): Reginald Mims     AIS # 298473     Date of Birth __ –

Institution: HOLMAN     Housing Area:     Date:

---

Sick Call Form Collected by Health Staff: ✓ (initials) Title: __ Date: 10/26/16 Time: _____

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required     (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required     (1) _____ Bring to HCU at this time for further evaluation

    (2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title:     Date:

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter     2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred:</u>**     (a) _____ Medical Provider

_____ $4.00 - Nurse     (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge     (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**     (d) _____ Other:_____

---

Reginald Mims
Inmate Name

298473
AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013     Distribution: Original (page 1)-Inmate Health Record     © 2014 Corizon Health, Inc.
CP7166AL     Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014     Copy (page 2)-inmate post health review

**CORIZON** HEALTH

**Alabama Department of Corrections**
**Inmate Body Chart Documentation Form**

Institution: _Holman_      Date: _11/2/16_    Time: _0840_

Individual Requesting Body Chart (print name): _Cert_      Title: _0840_

**Inmate statement:**
" _NON- Verbal_ "

**Description of markings:**
_BP 118/96   P 86   RR 22,   Osat 98%_
_Ø   s/s   of   physical   injuries_

Check below:
____ **\*NET** additionally completed and filed in the inmate health record.
____ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): _R. Dix_      Date: _11/2/16_   Time: _0840_

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Inmate Name:** _Mims Reginald_      AIS # : _298476_   DOB: _4/9/95_

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

Exhibit D


**CORIZON** HEALTH

## Nursing Encounter Tool
*Ears*

### Demographic/Vital Signs

| | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 10/6/16 | Time Seen: |
| Patient Name: Last Mims | First Reginald | MI | ID # 298473 | DOB: 4/9/95 Age: 21 |

| Vital Signs: | *T>100 | *P>100 | *SBP>100 | | |
|---|---|---|---|---|---|
| *Call Practitioner | T: 98.5 | P: 55 | R: | BP: 119/67 | Pulse Ox 99 % ☑RA ☐ O₂:  /lpm Wt: 150 | ☑ Actual ☐ Reported |

Allergies: NKDA
Chronic care clinic: ☐ Y ☐ N   What Clinic(s): Asthma

### Subjective

Chief Complaint: ear ache (B) clothing throbbing
Onset Date: 3 wks ago.

**Associated Factors:**
☐ Pain  ☐ Acute  ☐ Chronic (> 2-3 weeks)
☐ Pain now  0 /10, at worst 9 /10
What makes it better 0
What makes it worse 0
☐ Cough  ☐ Productive  Describe:
☐ Problems with balance  Describe: Denies
☐ Dizziness

| LEFT | COMPLAINT | RIGHT |
|---|---|---|
| ☐ | Buzzing | ☐ |
| ☐ | Ringing | ☐ |
| ☑ | Roaring | ☐ |
| ☑ | Whistling | ☑ |
| ☐ | Hissing | ☐ |
| ☐ | Foreign body | ☐ |
| ☑ | Pain | ☑ |
| ☐ | Drainage | ☐ |
| ☐ | Loss of hearing | ☐ |
| ☐ | Pop | ☐ |

**Current Medications:**
☐ New medication within the past 30 days
   What medications:

**Pertinent Medical Conditions:**
☐ Seasonal allergies
☐ Current or recent URI
☐ Head trauma
   Describe:
☐ Ear trauma
   Describe:
☐ Meniere's disease
☐ Tinnitus

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

### Objective

**Eyes:**
☑ Clear  ☐ Pale  ☐ Watery  ☐ Red  ☐ Swelling
☐ Drainage
   Describe:
☐ Otoscope available ☑ Y ☐ N

**Ears:**

| LEFT | OBSERVATION | RIGHT |
|---|---|---|
| | Canal | |
| ☐ | Normal | ☐ |
| ☐ | Red | ☐ |
| ☐ | Swollen | ☐ |
| ☐ | Wax build up | ☐ |
| | Tympanic membrane | |
| ☐ | Swollen | ☐ |
| ☐ | Red | ☐ |
| ☐ | Bulging | ☐ |
| ☐ | Pearly white | ☐ |
| | Hole | ☐ |

☑ Visible drainage  ☑ Left  ☑ Right
   Describe: purulent
☐ Foreign object visible  ☐ Left  ☐ Right
   Describe:

**Nose:**
☑ Normal  ☐ Congestion  ☐ Red
☐ Drainage
   Describe:

**Throat:**
☑ Unremarkable       ☐ Exudates
☐ Red       ☐ Enlarged tonsils       ☐ Swelling

**Neck:**
☑ Supple  ☐ Swollen lymph nodes
   Describe:

**Lung sounds:**
R Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet
L Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet

**Test:**
Hearing test:  Rub fingers together beside each ear
☐ Patient acknowledges hearing ☐ R ear ☐ L ear
Comments:

| | |
|---|---|
| LAckerman RN | LAckerman RN |
| Nurse signature | Print/stamp |

NA6202b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit D



**Nursing Encounter Tool**
*Ears*

| Patient | Last | Mims | First | Reginald | ID Number | 218473 |
|---------|------|------|-------|----------|-----------|--------|

Contains Patient Information
CONFIDENTIAL & PRIVILEGED

## ☐ Emergent Intervention

Practitioner notified: _____ Time:_____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated
EMS arrival                    Time:_____
EMS transport                  Time:_____
Facility transported to:_____
☐ Other:_____

COMMENTS:

## ☐ Urgent Intervention-Contact Practitioner
### Practitioner contact required due to: (check all that apply)
☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100      ☐ Abnormal hearing test
☐ Foreign object in ear                                          ☐ Other:_____
☐ Purulent drainage or exudate
☐ Wheezing or diminished lung sounds      Reviewed with practitioner: ☐ MAR   ☐ Medical record
☐ Hole in tympanic membrane                ☐ Seen by practitioner   Name:_____Time:_____
                                           ☐ Contacted practitioner  Name:_____Time:_____
Practitioner orders received ☐ Y   ☐ N     ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:_____

COMMENTS/ORDERS:

## ☐ Nursing Intervention

### CONTINUITY OF CARE                          ### MEDICATION
☐ Ear irrigated                                ☐ O₂ @ _____LPM via_____
☐ Advise rest and increase oral fluid intake
☐ Warm salt water gargles PRN
☐ Nurse follow up scheduled                    ☐ OTC medication per site guideline
☐ Referral to practitioner for current presenting complaint   List: Acetaminophen, Ibuprofen, Debrox
☐ Custody notified of special needs            ☐ KOP
☐ No further follow up needed at this time     ☐ Medication administered
                                               ☐ Medication noted on MAR

### PATIENT EDUCATION
☐ Patient educated to contact medical if symptoms develop or worsen
☐ Education given   ☐ Written information provided   ☐ Verbal education given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS: Ibuprofen administered & scheduled to see Md on 10/7/16

| Nurse signature | Print/stamp | Date/time |
|-----------------|-------------|-----------|
| LAckermanRN | LAckermanRN | 10/6/16 |



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I have a ear effection.

Name (print): Reginald Mims   AIS # 248473   Date of Birth: 4-9-95

Institution: HOLMAN   Housing Area: B   Date: 4-9-95

Sick Call Form Collected by Health Staff: _(initials)_ Title: _____ Date: 10-4-16 Time: 1207

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: J. Campbell, RN   Date: 10/4/16

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 ✓ Referral for follow up required; to be scheduled

(a) ✓ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) _____ Other:_____

---

Reginald Mims
Inmate Name

10-3-16
AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record    © 2014 Corizon Health, Inc.
CP7166AL                                    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014      Copy (page 2)-inmate post health review

Exhibit D



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

I think My leg is suffered.

Name (print): Neginald Mins   AIS # 298473   Date of Birth 4-7-95

Institution:                    Housing Area:              Date:

Sick Call Form Collected by Health Staff: ___ (initials) Title: LPN Date: 3/25/16 Time: 1330

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: 3-25-16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    ____ $4.00 - Nurse

    ____ $4.00 - OTC(s); **If Restrictive Housing** no OTC charge

    ____ $4.00 – **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

    (a) ____ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

CONFIDENTIAL AND PRIVILEGED
Quality Improvement Information

_____   298473
Inmate Name                 AIS#

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL                      Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

 **C⊘RIZON**
HEALTH

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _Holman_                                        Date: _3-16-16_   Time: _1930_

Individual Requesting Body Chart (print name): _Moore_                        Title: _Officer_

**Inmate statement**:

" _No statement_                                                                   "

**Description of markings**:

_A/O x 3. Resp. even nonlabored. 1/2 puncture wound_
_noted to ℗ groin. Areas cleansed/covered. ① further_
_needs voiced. VS. 98.⁷  P1 18  128/81  O2: 98%_

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Check below:

☑ *NET additionally completed and filed in the inmate health record.
☑ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _McCall, Lpn_                    Date: _3-16-16_  Time: _1930_

**Inmate Name**: _Mims, Reginald_                           AIS #: _298473_  DOB: _4-9-95_

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.



**Progress Note**

| Name: ████████ | | First Reginald | | MI |
| --- | --- | --- | --- | --- |
| Date of Birth: 4/9/95 | | ID #: 29843 | | |

| Date | Time | Description | Signature/Title |
| --- | --- | --- | --- |
| 12/3/16 | 0730 | re: ear pain | |
| wt. | 149 | T 97.5   P 78   R 18   BP 104/69   O2Sat 97% | |
| | | Patient reports ear pain and itching for 4 months | |
| | | He denies any drainage or purulent material | |
| | | He has been on Cortisporin drops for 3 weeks | |
| | | He denies fever, chills, nausea or vomiting. | |
| | | He reports headaches twice per week. | |
| | | He denies any dizziness | |
| | | O/E   Young BM NAD | |
| | | Ears show no redness or | |
| | | tenderness of the auricles or pinna | |
| | | bilaterally | |
| | | Bilateral canals are pale and not | |
| | | red   TM's patent & not bulging | |
| | | A   Probable cerumen partially resolving | |
| | | | |
| | | P   Continue drops for additional drops | |
| | | If symptoms persist RR by SCR | |
| | | Patrick V Anthony | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104                                                    © 2015 Corizon Health, Inc.   All rights reserved.



## CORIZON
HEALTH™

**Progress Note**

| Name: ████████ | First Reginald | MI |
|---|---|---|
| Date of Birth: 4/9/95 | ID #: 298603 | |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 12/3/16 | 0730 | re: ear pain | |
| wt. | 149 | T 975   P 78   R 18   BP 104/69   O2Sat 97% | |
| | | Patient reports ear pain and itching for 4 months | |
| | | He denies any drainage or purulent material | |
| | | He has been on Gatifloxacin drops for 3 weeks | |
| | | He denies fever, chills, nausea or vomiting. | |
| | | He reports headache twice per week. | |
| | | He denies any dizziness | |
| | | O  Young BM NAD | |
| | | Ears show no redness or | |
| | | tenderness of the auricles or pinna | |
| | | bilaterally | |
| | | Bilateral canals are pch and wnl | |
| | | red  TM's intact & not bulging | |
| | | A  Probable cerumen partially resolving | |
| | | P  Continue drops for additional drops | |
| | | If symptoms persist RR by SCR | |
| | | Patrick M Crawley [signature] | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104

© 2015 Corizon Health, Inc.   All rights reserved.

Page 35 of 138                                                  Exhibit D

# Chronic Disease Clinic Follow-Up

Inmate Name: Mims Regnald
Number: 298473    Institution: Holman

**List chronic diseases:**

| 1) asthma | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: _see MAR_

**Subjective:**

Asthma: # attacks in last month? _0_
# short acting beta agonist canisters in last month? _0_
# times awakening with asthma symptoms per week? _0_

Seizure disorder: # seizures since last visit? _0_
Diabetes mellitus: # of hypoglycemic reactions since last visit? _0_
Weight loss/gain ↓ ↑ _0_ #lbs

CV/hypertension (Y/N): Chest pain? _N_ SOB? _N_ Palpitations? _N_ Ankle edema? _N_
HIV/HCV (Y/N): Nausea/vomiting? _N_ Abdominal pain/swelling? _N_ Diarrhea? _N_ Rashes/lesions? _N_

For all diseases, since last visit, describe new symptoms: _0_

Ht 6'1
BMI 21.0
O2Sat 99%

**Patient adherence (Y/N):** with medications? _Y_ with diet? _Y_ with exercise? _Y_

Vital signs: Temp _983_ BP _128/73_ Pulse _62_ PEF 1)300 2)350 3)350 Resp _18_ Wt _151_ PEFR _500_ INR _—_
Labs: Hgb A1C _—_ HIV VL _—_ CD4 _—_ Total Chol _—_ LDL _—_ HDL _—_ Trig _—_
Range of fingerstick glucose/BP monitoring: _0_

**PE:**

| HEENT/neck: No carotid bruits. | Extremities: Moves all ext + ⊙. |
|---|---|
| Heart: Regular rate | Neurological: A + O + 3 |
| Lungs: Clear and equal bilat. | GU/rectal: Deferred |
| Abdomen: Soft and nontender. | Other: N/A |

**Assessment:**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 Pulm | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _0_
Diagnostics: _0_
Labs: _0_

Reviewed Lab/Procedures/Reports with pt. ☑YES ☐NO ☐N/A Indicated Treatment Plan changes discussed ☑YES ☐NO ☐N/A
Monitoring: BP: _X_ day/week/month Glucose: _0_ X day/week/month Peak flow: _0_ Other: _0_
Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☑Medication management ☑Other: _Compliance_
Referral (list type): Specialist: _0_ Chronic care program: _Pulm_
# days to next visit? ☐90 ☐60 ☐30 ☑Other: _180 days_ Discharged from CCC: [name] _0_

Advance Level Provider Signature: _____, CRNP

Date: 5/24/17
Time: 1008

CONFIDENTIAL X PRIVILEGED
Quality Improvement Information

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

Exhibit D



**Patient Information ___ ucation Log**
**Chronic Care**

| Facility Name | Holman | | | | | |
|---|---|---|---|---|---|---|
| Patient Name | ████████ | First | Reginald | MI | ID Number | 298473 |
| Birth date | ████████ | Medication Allergies ⊗N ○ Y If Yes List: | | | | |
| Diagnosis | asthma | | | | | |

| PIFS Title | Encounter Type | Date | Patient Initials | Provider initials |
|---|---|---|---|---|
| Asthma (NA6040) | MD visit | | X | |
| CAD (NA5075) | | | | |
| CHF (NA5080) | | | | |
| Cholesterol (Hyperlipidemia) (NA5079) | | | | |
| Chronic Care Clinic (NA5076) | | | | |
| Diabetes- General (NA6005) | | | | |
| Diabetes- A1C (NA6054) | | | | |
| Diabetes- Long Term Problems (NA6056) | | | | |
| HCV-(Hepatitis-C)-General (NA5079) | | | | |
| HCV-(Hepatitis C)-Treatment (NA6057) | | | | |
| HCV-(Hepatitis C) Liver Biopsy (NA6062) | | | | |
| HTN  (Hypertension) (NA6058) | | | | |
| Seizures (NA6046) | | | | |
| Sickle Cell (NA6066) | | | | |
| TB General (NA6053) | | | | |
| TB-INH (NA6067) | | | | |
| Venous Stasis Ulcer (NA6068) | | | | |
| Warfarin (medication) (NA6049) | | | | |

| Education will be ongoing throughout your treatment. Your signature confirms that this education information has been reviewed with you. | | |
|---|---|---|
| X | X | |
| Patient Signature | Patient Initials | |

| Health Staff Signature | Print/Stamp Name | Initials |
|---|---|---|
| Y Crook RN | Y Crook RN | CC |
| | | |
| | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA5039
Issued 1/15/2013

© 2013 Corizon Health, Inc.

Exhibit D

# Chronic Disease Clinic Follow-Up

Inmate Name: Mims, Reginald
Number: 288423    Institution: HCF

**List chronic diseases:**

| | | | | | |
|---|---|---|---|---|---|
| 1) Asthma | | 3) | | 5) | |
| 2) | | 4) | | 6) | |

**Attach pharmacy profile or list current medications:** _see MAR_

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?____ | Weight loss/gain ↓ ↑ _____ #lbs |

CV/hypertension (Y/N): Chest pain?_____   SOB?_____   Palpitations?_____   Ankle edema?_____
HIV/HCV (Y/N): Nausea/vomiting?_____   Abdominal pain/swelling?_____   Diarrhea?_____   Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:_____

_____
_____
_____
_____

**Patient adherence (Y/N):** with medications?_____   with diet?_____   with exercise?_____

**Vital signs:** Temp_____   BP_____   Pulse_____   Resp_____   Wt_____   PEFR_____   INR_____
**Labs:** Hgb A1C_____   HIV VL_____   CD4_____   Total Chol_____   LDL_____   HDL_____   Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs:  NS | GU/rectal: |
| Abdomen: | Other: |

5/25/17

| Assessment: | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A   Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring:  BP:____X day/week/month   Glucose:____X day/week/month   Peak flow:____   Other: _____
Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____
Referral (list type): Specialist:_____   Chronic care program:_____
# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____   Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: 1/3/17 |
|---|---|
| | Time: |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

CONFIDENTIAL & PRIVILEGED

# Chronic Disease Clinic Follow-Up

| Inmate Name: | *Mims, Reginald* |
|---|---|
| Number: *298473* | Institution: *Holman* |

List chronic diseases:

| | | | | | |
|---|---|---|---|---|---|
| 1) *Asthma* | 3) | | 5) | |
| 2) | 4) | | 6) | |

Attach pharmacy profile or list current medications: _*See MAR*_

_____
_____

**Subjective:**

| Asthma: # attacks in last month?_____<br># short acting beta agonist canisters in last month?_____<br># times awakening with asthma symptoms per week?_____ | Seizure disorder: # seizures since last visit?_____<br>Diabetes mellitus: # of hypoglycemic reactions since last visit?_____<br>Weight loss/gain  ↓ ↑ _____ #lbs |
|---|---|
| CV/hypertension (Y/N): Chest pain?_____   SOB?_____ | Palpitations?_____   Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____   Abdominal pain/swelling?_____   Diarrhea?_____   Rashes/lesions?_____ | |

For all diseases, since last visit, describe new symptoms:_____
_____
_____ *PF 1)*
_____ *2)*
_____ *3)*

**Patient adherence (Y/N):** with medications?_____   with diet?_____   with exercise?_____

**Vital signs:** Temp_____   BP_____   Pulse_____   Resp_____   Wt _____   PEFR_____   INR_____
**Labs:** Hgb A1C_____   HIV VL_____   CD4_____   Total Chol_____   LDL_____   HDL_____   Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| HEENT/neck: | Extremities: |
|---|---|
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: *4/3/17* |

| Assessment: | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Diagnostics:_____
Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A   Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring:   BP:_____X day/week/month   Glucose:____X day/week/month   Peak flow:_____   Other: _____

Education provided: ☐ Nutrition  ☐ Exercise  ☐ Smoking  ☐ Test results  ☐ Medication management  ☐ Other:_____

Referral (list type): Specialist:_____   Chronic care program:_____

# days to next visit? ☐ 90   ☐ 60   ☐ 30   ☐ Other:_____   Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: *2/24/17* |
|---|---|
| | Time: |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

Exhibit D

# Chronic Disease Clinic Follow-Up

| | |
|---|---|
| Inmate Name: | Mims Reginald |
| Number: 298473 | Institution: Holmen |

List chronic diseases:

| | | | | | |
|---|---|---|---|---|---|
| 1) Asthma | | 3) | | 5) | |
| 2) | | 4) | | 6) | |

Attach pharmacy profile or list current medications: albuterol neb tx PRN QiD

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ <br> # short acting beta agonist canisters in last month?_____ <br> # times awakening with asthma symptoms per week?_____ | Seizure disorder: # seizures since last visit?_____ <br> Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ <br> Weight loss/gain  ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ Palpitations?_____ Ankle edema? _____ | |
| HIV/HCV (Y/N): Nausea/vomiting? _____ Abdominal pain/swelling? _____ Diarrhea? _____ Rashes/lesions?_____ | |

For all diseases, since last visit, describe new symptoms:_____

PF 1)
2)
3)

Patient adherence (Y/N): with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____
**Labs:** Hgb A1C_____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| Assessment: | refused rescheduled | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 2/21/17 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐YES ☐NO ☐N/A  Indicated Treatment Plan changes discussed ☐YES ☐NO ☐N/A
Monitoring:  BP:_____X day/week/month    Glucose:_____X day/week/month    Peak flow:_____ Other: _____

Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☐Medication management ☐Other:_____

Referral (list type): Specialist:_____ Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____ Discharged from CCC: [name] _____

| Advance Level Provider Signature: | | Date: 11/29/16 <br> Time: |
|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

| Inmate Name: | Mims Reginald |
|---|---|
| Number: | 298473 |
| Institution: | Holman |

**List chronic diseases:**

| 1) asthma | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

**Attach pharmacy profile or list current medications:** _____

**Subjective:**

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
|---|---|
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain  ↓ ↑ _____#lbs |

CV/hypertension (Y/N): Chest pain?_____  SOB?_____  Palpitations?_____  Ankle edema? _____
HIV/HCV (Y/N): Nausea/vomiting? _____  Abdominal pain/swelling? _____  Diarrhea? _____  Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:_____

**Patient adherence (Y/N):** with medications?_____  with diet?_____  with exercise?_____

**Vital signs:** Temp_____  BP_____  Pulse_____  Resp_____  Wt_____  PEFR_____  INR_____
**Labs:** Hgb A1C_____  HIV VL_____  CD4_____  Total Chol_____  LDL_____  HDL_____  Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| HEENT/neck: | Extremities: |
|---|---|
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:** rescheduled NO NO

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

12/8/16

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month  Glucose:____X day/week/month  Peak flow:_____  Other: _____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____

Referral (list type): Specialist:_____  Chronic care program: _____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____  Discharged from CCC: [name] _____

| Advance Level Provider Signature: | Date: | |
|---|---|---|
| | Time: | 11/17/16 |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

| Inmate Name: Mims Reginald | |
|---|---|
| Number: 298473 | Institution: Holman |

List chronic diseases:

| 1) asthma | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: Nebulizer tx PRN QID

**Subjective:**

Asthma: # attacks in last month?_____
# short acting beta agonist canisters in last month?_____
# times awakening with asthma symptoms per week?_____
CV/hypertension (Y/N): Chest pain?_____ SOB?_____
HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____

Seizure disorder: # seizures since last visit?_____
Diabetes mellitus: # of hypoglycemic reactions since last visit?_____
Weight loss/gain ↓↑ 4 #lbs
Palpitations?_____ Ankle edema?_____
Diarrhea?_____ Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:

No SOB at only 1 need for   PF 1)300
albuterol neb in last one   O2sat 98%  3)160
Month   HF 101  3)350
BMI 19.9

Patient adherence (Y/N): with medications? Y   with diet? Y   with exercise? Y

Vital signs: Temp 98.5   BP 117/66   Pulse 61   Resp 18   Wt 151   PEFR_____   INR_____
Labs: Hgb A1C_____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
Range of fingerstick glucose/BP monitoring:_____

PE: Y avg BMI NAD

| HEENT/neck: | Extremities: NBM Ø cyanosis |
|---|---|
| Heart: RRR Ø MGR | Neurological: |
| Lungs: Clear Bilaterally | GU/rectal: |
| Abdomen: Soft NT | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | Asthma Stable | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

CONFIDENTIAL & PRIVILEGED
Medication changes: No
Diagnostics:_____
Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A
Monitoring:  BP:_____X day/week/month   Glucose:_____X day/week/month   Peak flow:_____   Other: _____
Education provided: ☐ Nutrition ☑ Exercise ☑ Smoking ☐ Test results ☑ Medication management ☐ Other:_____
Referral (list type): Specialist:_____ Chronic care program:_____
# days to next visit? ☑ 90 ☐ 60 ☐ 30 ☐ Other:_____ Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: 8/30/16 |
|---|---|
| | Time: 1437 |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

Inmate Name: Mims Reginald
Number: 298473    Institution: Holman

**List chronic diseases:**

| | | | | | |
|---|---|---|---|---|---|
| 1) Asthma | | 3) | | 5) | |
| 2) | | 4) | | 6) | |

**Attach pharmacy profile or list current medications:** ∅

**Subjective:**

Asthma: # attacks in last month? ○    Seizure disorder: # seizures since last visit? _____
# short acting beta agonist canisters in last month? doesn't have one    Diabetes mellitus: # of hypoglycemic reactions since last visit? _____
# times awakening with asthma symptoms per week? 3    Weight loss/gain (↓) ↑ _____ #lbs
CV/hypertension (Y/N): Chest pain? _____ SOB? _____ Palpitations? _____ Ankle edema? _____
HIV/HCV (Y/N): Nausea/vomiting? _____ Abdominal pain/swelling? _____ Diarrhea? _____ Rashes/lesions? _____

For all diseases, since last visit, describe new symptoms:
Inmate complains of
SOB + wheezing at    Osat 98%   Pt 1) 360
time    Ht 61"    2) 350
Hx of Asthma as a    BMI 19.3    3) 360
child

**Patient adherence (Y/N):** with medications? N/A    with diet? ✓    with exercise? ✓

**Vital signs:** Temp 97.3  BP 134/70  Pulse 60  Resp 18  Wt 147  PEFR _____  INR _____
**Labs:** Hgb A1C _____ HIV VL _____ CD4 _____ Total Chol _____ LDL _____ HDL _____ Trig _____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: Supple ⊘ Bruit | Extremities: ∅ Edema |
| Heart: RRR ⊘ m | Neurological: No deficit |
| Lungs: CTAB | GU/rectal: Deferred |
| Abdomen: Soft NT ND | Other: Alert. |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | Asthma | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Plan:**
Medication changes: Will add Albuterol 2puff mg BID
Diagnostics: ∅
Labs: ∅

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A   Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A
Monitoring:  BP: _____ X day/week/month    Glucose: _____ X day/week/month    Peak flow: _____ Other: _____
Education provided: ☑ Nutrition ☑ Exercise ☑ Smoking ☐ Test results ☐ Medication management ☐ Other: _____
Referral (list type): Specialist: _____    Chronic care program: _____
# days to next visit? ☑ 90 ☐ 60 ☐ 30 ☐ Other: _____    Discharged from CCC: [name] _____

Advance Level Provider Signature: _____ MD    Date: 6/6/16  Time: 13:15

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

| | |
|---|---|
| Inmate Name: | Mimus Reginald |
| Number: 298473 | Institution: Holmes |

**List chronic diseases:**

| 1) Asthma | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

**Attach pharmacy profile or list current medications:** Ø

_____

_____

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ <br> # short acting beta agonist canisters in last month?_____ <br> # times awakening with asthma symptoms per week?_____ | Seizure disorder: # seizures since last visit?_____ <br> Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ <br> Weight loss/gain  ↓ ↑ _____#lbs |

CV/hypertension (Y/N): Chest pain?_____    SOB?_____    Palpitations?_____    Ankle edema? _____

HIV/HCV (Y/N): Nausea/vomiting? _____    Abdominal pain/swelling? _____    Diarrhea? _____    Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:_____

_____ PFT

_____ 2)

_____ 3)

**Patient adherence (Y/N):** with medications?_____    with diet?_____    with exercise?_____

**Vital signs:** Temp_____    BP_____    Pulse_____    Resp_____    Wt_____    PEFR_____    INR_____

**Labs:** Hgb A1C_____    HIV VL_____    CD4_____    Total Chol_____    LDL_____    HDL_____    Trig_____

**Range of fingerstick glucose/BP monitoring:**

PE:

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:** Rescheduled

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 6/6/16 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Plan:**

Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐YES ☐NO ☐N/A  Indicated Treatment Plan changes discussed ☐YES ☐NO ☐N/A

Monitoring:  BP:_____X day/week/month        Glucose:____X day/week/month    Peak flow:_____    Other:_____

Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☐Medication management ☐Other:_____

Referral (list type): Specialist:_____    Chronic care program: _____

# days to next visit? ☐ 90  ☐ 60  ☐ 30    ☐ Other:_____    Discharged from CCC: [name] _____

| Advance Level Provider Signature: | Date: 5|31|16 <br> Time: |
|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

Inmate Name: Mims Reginald
Number: 298473    Institution: Holman

**List chronic diseases:**

| | | | | | |
|---|---|---|---|---|---|
| 1) | Asthma | 3) | | 5) | |
| 2) | | 4) | | 6) | |

**Attach pharmacy profile or list current medications:** ∅

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain  ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ | Palpitations?_____ Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____ | |

For all diseases, since last visit, describe new symptoms:_____

PF 1)
2)
3)

**Patient adherence (Y/N):** with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____
**Labs:** Hgb A1C_____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | Rescheduled | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | 5/2/16 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL & PRIVILEGED
Quality improvement information

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐YES ☐NO ☐N/A

Monitoring:  BP:_____X day/week/month    Glucose:_____X day/week/month    Peak flow:_____ Other: _____

Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☐Medication management ☐Other:_____

Referral (list type): Specialist: _____ Chronic care program: _____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____ Discharged from CCC: [name] _____

| Advance Level Provider Signature: | | Date: Time: | 3/23/16 |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL - NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015