# CHRONIC CARE CLINIC
## REFERRAL FORM

REFERRAL DATE: _1-29-16_

REFERRAL DEPT: _Mims, Reginald_

NAME OF PATIENT: ███████

AIS#: _298473_   DOB: _4-4-95_   RACE: _B_

CLINIC: _Asthma_

_____

_____

MEDICATIONS: _____

_____

_____

_____

COMMENTS: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

_____

_____

_____

DATE SEEN IN CLINIC: _appt Scheduled 3/23/16   J Crook LPN_

CMS E-Form AL

Exhibit D

## ⌐ bama Department of Corre⌐ ⌐ns
## Medication Order for Chart Use

298473          MIMS, REGINALD                          HLM-SEG-6263

**Allergies:**

Order Entry:

| Start | | | Start | Stop | Entered |
|---|---|---|---|---|---|
| ibuprofen Oral 400 mg | 400 mg | | 3/21/17  10:00 | 3/27/17  23:59 | 3/21/17   9:10 |
| TAB (MOTRIN) | | | | | |
| Oral THREE TIMES A DAY (7 Days) | | | | | Riley,Christopher |
| PRN | | | | | |
| for Pain | | | | | |
| Order #: 2209082331 | | | | | |
| amoxicillin Oral 500 mg | 500 mg | | 3/21/17  10:00 | 3/27/17  23:59 | 3/21/17   9:11 |
| CAP (AMOXIL) | | | | | |
| Oral THREE TIMES A DAY (7 Days) | | | | | Riley,Christopher |
| Order #: 2209082384 | | | | | |

e-Signed by: Riley,Christopher          _____          3/21/17   9:11

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

MIMS, REGINALD                                             HLM-MAIN-6263                    2 9 8 4 7 3
Inmate ID: 298473
**Allergies:**
Order Entry:

| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| | ibuprofen Oral 200 mg    200 mg | 8/1/17  19:00 | 8/20/17  23:59 | 8/1/17  18:30 |
| | TAB (ADVIL) | | | |
| | Oral TWICE A DAY (20 Days) PRN | | | Sturdivant,Wanda |
| | for Pain | | | POUPARINAS,MANUEL,MD |
| | TAKE 2 TABS BY MOUTH TWICE DAILY AS NEEDED | | | |
| | FOR PAIN | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

Exhibit D

*All orders will be generic unless specified by practitioner*



**CORIZON** HEALTH™

**Practitioner's Orders**



PSNMOF

| Patient Name: | Verbal / Telephone Orders ○ No ○ Yes Per: _____ |
|---|---|
| DOB: _____ ID# _____ | |
| Housing Unit: | |
| Allergies: | |
| Noted By: _____ | |
| Date: _____ Time: _____ | Practitioner Signature          Date & Time: |

| Patient Name: | Verbal / Telephone Orders ○ No ○ Yes Per: _____ |
|---|---|
| DOB: _____ ID# _____ | |
| Housing Unit: | |
| Allergies: | |
| Noted By: _____ | |
| Date: _____ Time: _____ | Practitioner Signature          Date & Time: |

| Patient Name: | Verbal / Telephone Orders ○ No ○ Yes Per: _____ |
|---|---|
| DOB: _____ ID# _____ | |
| Housing Unit: | |
| Allergies: | |
| Noted By: _____ | |
| Date: _____ Time: _____ | Practitioner Signature          Date & Time: |

| Patient Name: | Verbal / Telephone Orders ○ No ○ Yes Per: _____ |
|---|---|
| DOB: _____ ID# _____ | |
| Housing Unit: | |
| Allergies: | |
| Noted By: _____ | |
| Date: _____ Time: _____ | Practitioner Signature          Date & Time: |

| Patient Name: Reginald | Verbal / Telephone Orders ⊘ No ○ Yes Per: 11/17/17 |
|---|---|
| DOB: 4/9/95 ID# 298473 | DR TC 180 days scc    appt 11/17/17 |
| Housing Unit: | |
| Allergies: NKA | |
| Noted By: (signature) | Shawn Geohagan, CRNP |
| Date: 5-24-17 Time: 1100 | Practitioner Signature    Date & Time: 5/24/17 1009 |

CONFIDENTIAL & PRIVILEGED confidentiality of confidential information

CS1100-D

© 2015 Corizon Health, Inc.   All rights reserved.

Exhibit D

## Alabama Department of Corrections
## Medication Order for Chart Use

298473          MIMS, REGINALD                      HLM-SEG-6263

**Allergies:**

Order Entry:

| | | | |
|---|---|---|---|
| Start | | | |
| albuterol inh  sol (3ml)    1 DOSE | Start | Stop | Entered |
| 0.083% nebu proventil (PROVENTIL) | 5/22/17  0:00 | 8/19/17 23:58 | 5/15/17  10:26 |
| Inhalation FOUR TIMES A DAY PRN | | | |
| for shortness of breath or wheezing | | | Pouparinas,Manuel |
| USE 1 VIAL VIA NEBULIZER  FOUR TIMES DAILY  AS NEEDED | | | |
| Order #: 2360317761 | | | |

e-Signed by: Pouparinas,Manuel _____    5/15/17  10:26

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit D

# Alabama Department of Corrections
## Medication Orders

MIMS, REGINALD

Inmate ID: 298473

**Allergies:**

Order Entry:

HLM-SEG-6263

| | | Start | Stop | Entered |
|---|---|---|---|---|
| Start | | 3/9/17  3:00 | 3/18/17  23:59 | 3/8/17  23:00 |
| | ibuprofen Oral 200 mg        400 mg | | | |
| | TAB (ADVIL) | | | |
| | Oral THREE TIMES A DAY (10 Days) | | | |

Young,Tamekia

Arnold,Patrick

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit D

## Alabama Department of Corrections
## Medication Order for Chart Use

298473        MIMS, REGINALD                          HLM-SEG-6263

**Allergies:**

Order Entry:

Start                                              Start         Stop              Entered
   albuterol inh  sol (3ml)    1 DOSE          2/21/17  0:00   5/21/17  23:58    2/10/17   9:16
   0.083% nebu proventil (PROVENTIL)
   Inhalation FOUR TIMES A DAY PRN                                              Geohagan,Shawn
   for shortness of breath or wheezing
   INHALE 2.5 MG VIA NEBULIZER FOUR TIMES DAILY AS NEEDED
   Order #: 2097825509

              e-Signed by: Geohagan,Shawn _____        2/10/17   9:17

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

**Page 52 of 138**                                                        Exhibit D



Promote a culture of safety

*All orders will be generic*
*unless specified by provider*

## Practitioner's Orders

| Patient Info | Verbal / Telephone Orders |
|---|---|
| Mims, Reginald<br>DOB: ███  ID# 298473<br>Housing Unit: Holman<br>Allergies: NKA<br>Noted By: ___<br>Date: ___  Time: ___ | Verbal / Telephone Orders  ○ No  ○ Yes  Per: ___<br>FS, HIV test per physical<br><br>Provider Signature ___  Date & Time: 5/11/17  12:47 |
| Patient Name: ███ nald<br>DOB: 4/9/95  ID# 298473<br>Housing Unit: Holman<br>Allergies: NKA<br>Noted By: R Jacksonmm<br>Date: 12/13/16  Time: 0930 | Verbal / Telephone Orders  ○ No  ○ Yes  Per: ___<br>RTC by SCR if symptoms<br>persist after 3 weeks<br>0740<br>Provider Signature Patd J Crellss  Date & Time: 12/13/16 |
| Patient Name: Mims Reginald<br>███ SU  ID# 298473<br>Housing Unit: Holman<br>Allergies: NKA<br>Noted By: R CamleyeR<br>Date: 8-30-16  Time: 1405 | Verbal / Telephone Orders  ○ No  ○ Yes  Per: ___<br>CCC Asthma 90 days<br>1935<br>Patd J Crellss  9-30-16<br>Provider Signature ___  Date & Time: ___ |
| Patient Name: Mims, Reginald<br>DOB: 4-9-95  ID# 298473<br>Housing Unit: Holman<br>Allergies: NKA<br>Noted By: R Camleyer<br>Date: 3-24-16  Time: 0845 | Verbal / Telephone Orders  ○ No  ○ Yes  Per: ___<br>FS, HIV, Lipid panel per physical<br>R. Barry Gaston, CRNP<br>Provider Signature ___  Date & Time: 3-30-16 |
| Patient Name: Mims Reginald<br>DOB: 4-9-95  ID# 298473<br>Housing Unit: Holman<br>Allergies: NKA<br>Noted By: ___<br>Date: 3-16-16  Time: 1930 | Verbal / Telephone Orders  ○ No  ✓ Yes  Per: Stone<br>① Tetanus injection to ① deltoid<br>IM x 1 now<br>Provider Signature ___  Date & Time: ___ |

CS1100-D

© 2012 Cori...

## Alabama Department of Corrections
## Medication Orders

MIMS, REGINALD

Inmate ID: 298473

HLM-SEG-6263

**Allergies:**

Order Entry:

Start

| | | | Start | Stop | | Entered | |
|---|---|---|---|---|---|---|---|
| carbamide peroxide | Variable | | 11/23/16 16:0 | 11/27/16 23:59 | | 11/23/16 | 14:42 |
| otic 6.5% Otic SOLN 15 ml (*DEBROX EAR DROPS) | | | | | | | |
| Otic TWICE A DAY (5 Days) | | | | | | Dixon,Lisa | |
| | | | | | | Arnold,Patrick | |
| ibuprofen Oral 200 mg | 200 mg | | 11/23/16 16:0 | 11/26/16 16:00 | | 11/23/16 | 14:43 |
| TAB (ADVIL) | | | | | | | |
| Oral TWICE A DAY (7 Doses) | | | | | | Dixon,Lisa | |
| | | | | | | Arnold,Patrick | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

# Alabama Department of Corrections
## Medication Order for Chart Use

298473          MIMS, REGINALD                    HLM-MAIN-6263

**Allergies:**

Order Entry:

| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| albuterol inh  sol (3ml)    1 DOSE 0.083% nebu proventil (PROVENTIL) Inhalation FOUR TIMES A DAY (90 Days) PRN for shortness of breath or wheezing INHALE 2.5 MG (3 CC) VIA NEBULIZER FOUR TIMES DAILY AS NEEDED FOR WHEEZING Order #: 1877313454 | | 11/23/16  0:00 | 2/20/17 23:58 | 11/2/16  14:38 Arnold,Patrick |

e-Signed by: Arnold,Patrick _____          11/2/16  14:38

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

MIMS, REGINALD
Inmate ID: 298473
**Allergies:**
Order Entry:

Start

HLM-MAIN-6263

| | Start | Stop | Entered |
|---|---|---|---|
| ibuprofen Oral 200 mg          400 mg | 10/6/16  23:00 | 10/12/16  23:59 | 10/6/16  22:46 |
| TAB (ADVIL) | | | |
| Oral TWICE A DAY (7 Days) PRN | | | Acreman,Laura |
| for For Pain | | | Arnold,Patrick |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

**Exhibit D**

# Alabama Department of Corrections
## Medication Order for Chart Use

298473         MIMS, REGINALD                    HLM-MAIN-6263

**Allergies:**

Order Entry:

Discontinue                                    Start         Stop            Entered
   albuterol Oral 2 mg TAB      2 mg        6/7/16  6:30   8/25/16  16:24   6/6/16  13:20
   (PROVENTIL)
     Oral TWICE A DAY                                              Pouparinas,Manuel

     Order #: 1672083406

Start                                          Start         Stop            Entered
   albuterol 2.5 mg/3 mL    2.5mg/3cc   8/25/16  17:00  11/22/16  23:59   8/25/16  16:24
   (0.083%) Inhalation SOLN 3 ml (PROVENTIL)
     Inhalation FOUR TIMES A DAY (90                               Arnold,Patrick
     Days) PRN
     for shortness of breath or wheezing
     prn for wheezing
     Order #: 1787288519

e-Signed by: Arnold,Patrick _____   8/25/16  16:26

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

Exhibit D

# Alabama Department of Corrections
## Medication Order for Chart Use

298473          MIMS, REGINALD                    AL-UNKNOWN

**Allergies:**

Order Entry:

Start
    albuterol Oral 2 mg TAB      2 mg
    (PROVENTIL)
      Oral TWICE A DAY (90 Days)
      Order #: 1672083406

|  | Start | Stop | Entered |
|---|---|---|---|
|  | 6/7/16  6:30 | 9/4/16  23:59 | 6/6/16  13:20 |

Pouparinas,Manuel

e-Signed by: Pouparinas,Manuel _____      6/6/16  13:22

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

Exhibit D

# Alabama Department of Corrections
## Medication Administration Record   June 01, 2017 - June 30, 2017

HLM-MAIN-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIMS, REGINALD**

**albuterol 2.5 mg/3 mL** 1
**DOSE**
**(0.083%) SOLN (PROVENTIL)**
Inhalation USE AS DIRECTED
for shortness of breath or wheezing
1 DOSE INH QID USE 1 VIAL VIA
NEBULIZER  FOUR TIMES DAILY
AS NEEDED PRN
Rx 2360317761O/D:05/22/17  D/C:06/15/17
Physician: RODDAM               ,ROY

DOB:04/09/1995      Sex:M

MAIN-6263

Diagnosis:Asthma

A,1,61A

MIMS, REGINALD

Allergies:

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

7/6/17

Exhibit D

Page 1 of 1

## Alabama Department of Corrections
### Medication Administration Record   May 01, 2017 - May 31, 2017

HLM-MAIN-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIMS, REGINALD**

**albuterol inh  sol (3ml)**  **1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)** Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
USE 1 VIAL VIA NEBULIZER
FOUR TIMES DAILY  AS NEEDED
Rx 209782550 O/D:02/21/17  D/C:05/21/17

Time: 04:00 / 11:00 / 16:00 / 21:00

Physician: GEOHAGAN        , SHAWN, CRNP

**albuterol inh  sol (3ml)**  **1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)** Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
USE 1 VIAL VIA NEBULIZER INH
FOUR TIMES DAILY  AS NEEDED
Rx 236031776 O/D:05/22/17  D/C:08/19/17

Time: 04:00 / 11:00 / 16:00 / 21:00

Physician: POUPARINAS        , MANUEL,MD

DOB:04/09/1995       Sex:M      Allergies:
█████-MAIN-6263

Diagnosis:Asthma

A,1,56A
MIMS, REGINALD

DOC #298473

2 9 8 4 7 3

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
     On Hold

6/1/17   8:11

Page 1 of 1
Exhibit D

## Alabama Department of Corrections
### Medication Administration Record  April 01, 2017 - April 30, 2017

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MIMS, REGINALD** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **albuterol inh  sol (3ml)**   **1 DOSE** | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **0.083% nebu proventil** | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **(PROVENTIL)** Inhalation FOUR TIMES A DAY | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| for shortness of breath or wheezing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| USE 1 VIAL VIA NEBULIZER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOUR TIMES DAILY AS NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 209782550SO/D:02/21/17  D/C:05/21/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Physician: GEOHAGAN          , SHAWN, CRNP

DOB:04/09/1995     Sex:M     Allergies:

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

SEG-6263

Diagnosis:Asthma

K,1,38A
MIMS, REGINALD

DOC #298473



5/2/17  10:53

**Exhibit D**

Page 1 of 1

## Alabama Department of Corrections

HLM-SEG-6263

Medication Administration Record  March 31, 2017 - April 06, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIMS, REGINALD**

**albuterol inh  sol (3ml)    1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)**
Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
USE 1 VIAL VIA NEBULIZER
FOUR TIMES DAILY AS NEEDED
Rx 209782550 O/D:02/21/17  D/C:05/21/17

| Time |
|---|
| 03:00 |
| 10:00 |
| 16:00 |
| 21:00 |

Physician: GEOHAGAN        , SHAWN, CRNP

DOB:04/09/1995        Sex:M        Allergies:

SEG-6263

Diagnosis:Asthma

K,1,38A
MIMS, REGINALD

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold



4/7/17  8:26

Page 1 of 1
Exhibit D



# Alabama Department of Corrections
## Medication Administration Record  February 01, 2017 - February 28, 2017

HLM-DR-6263

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIMS, REGINALD**

**albuterol inh  sol (3ml)    1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)**
Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
INHALE 2.5 MG VIA NEBULIZER
FOUR TIMES DAILY AS NEEDED
Rx 1877313454O/D:11/23/16  D/C:02/20/17

Time: 03:00 / 10:00 / 16:00 / 21:00

Physician: ARNOLD          , PATRICK H MD

**albuterol inh  sol (3ml)    1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)**
Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
USE 1 VIAL VIA NEBULIZER
FOUR TIMES DAILY  AS NEEDED
Rx 209782550SO/D:02/21/17  D/C:05/21/17

Time: 03:00 / 10:00 / 16:00 / 21:00

Physician: GEOHAGAN          , SHAWN, CRNP

DOB:04/09/1995        Sex:M        Allergies:

SEG-6263

Diagnosis:Asthma

K,1,38A

MIMS, REGINALD                DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

Page 1 of 1
Exhibit D

# Alabama Department of Corrections
## Medication Administration Record   January 01, 2017  - January 31, 2017

HLM-DR-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MIMS, REGINALD**

**albuterol inh sol (3ml)   1 DOSE**
**0.083% nebu proventil**
**(PROVENTIL)**
Inhalation FOUR TIMES A DAY
PRN
for shortness of breath or wheezing
INHALE 2.5 MG VIA NEBULIZER
FOUR TIMES DAILY AS NEEDED
Rx 1877313454 O/D:11/23/16   D/C:02/20/17

| Time |
|---|
| 03:00 |
| 10:00 |
| 16:00 |
| 21:00 |

Physician: ARNOLD          , PATRICK H MD

DOB:04/09/1995     Sex:M


G-6263

Diagnosis:Asthma

Allergies:

K,1,38A
MIMS, REGINALD

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

**Page 64 of 138**

**Exhibit D**

Page 1 of 1

# Alabama Department of Corrections

**HLM-MAIN-6263**    Medication Administration Record   December 01, 2016  - December 31, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MIMS, REGINALD** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **albuterol inh  sol (3ml)** **1 DOSE** | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **0.083% nebu proventil (PROVENTIL)** | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inhalation FOUR TIMES A DAY PRN | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| for shortness of breath or wheezing | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INHALE 2.5 MG VIA NEBULIZER FOUR TIMES DAILY AS NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 1877313454 O/D:11/23/16  D/C:02/20/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: ARNOLD              , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB 01/00/1995        Sex:M        Allergies:

Diagnosis:Asthma

K,1,38A

MIMS, REGINALD

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
           On Hold

1/2/17  10:35

Page 1 of 1
Exhibit D

## Alabama Department of Corrections
### Medication Administration Record   November 01, 2016 - November 30, 2016

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CARBAMIDE PEROXIDE OTIC 1 DOSE** (15ML) 6.5% OTIC DEBROX EAR DROPS (DEBROX EAR DROPS) INSTILL INTO AFFECTED EAR(S) TWICE DAILY FOR THE EAR Rx 1903946172 O/D:11/23/16 D/C:11/27/16 | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | K | K | K | K | | | | |
| | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | K | K | K | K | K | | | |
| Physician: ARNOLD          , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **IBUPROFEN 200 MG TABS 1 DOSE** ADVIL (ADVIL) Oral TWICE A DAY TAKE 1 TAB BY MOUTH TWICE DAILY  TAKE WITH FOOD Rx 1903946185 O/D:11/23/16  D/C:11/26/16 | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | RE | JL | TY | | | | | |
| | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | CT | DD | CT | CT | | | | |
| Physician: ARNOLD          , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ALBUTEROL INH  SOL (3ML)  1 DOSE** 0.083% NEBU PROVENTIL (PROVENTIL) Inhalation FOUR TIMES A DAY (90 Days) PRN for shortness of breath or wheezing INHALE 2.5 MG (3 CC) VIA NEBULIZER FOUR TIMES DAILY AS NEEDED FOR WHEEZING Rx 178728851 O/D:08/25/16  D/C:11/22/16 | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: ARNOLD          , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB:04/09/1995       Sex:M       Allergies:

█████████ -6263

Diagnosis:Asthma

K,1,38A
MIMS, REGINALD

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
       On Hold

12/2/16  9:38

Page 2 of 3
Exhibit D

## Alabama Department of Corrections

HLM-SEG-6263          Medication Administration Record   November 01, 2016  - November 30, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **albuterol inh  sol (3ml)   1 DOSE** | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **0.083% nebu proventil** | 10:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **(PROVENTIL)** | 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inhalation FOUR TIMES A DAY PRN | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| for shortness of breath or wheezing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INHALE 2.5 MG VIA NEBULIZER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOUR TIMES DAILY AS NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 187731345 O/D:11/23/16  D/C:02/20/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Physician: ARNOLD          PATRICK H MD

DOB:04/09/1995       Sex:M       Allergies:

███████████ SEG-6263

Diagnosis:Asthma

K,1,38A
MIMS, REGINALD

DOC #298473

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

2/2/16   9:38



**FINAL REPORT**

**DOCTOR**
STONE, KAREN

A0305 - HOLMAN CORR.FACILITY
866 ROSS ROAD,
ATMORE, AL 36503
Acct #: (A0305)          FX
P: (251)446-9570

**PATIENT**
MIMS, REGINALD
DOB: 04/09/1995  Age: 20 Y Sex: M
U/FL:           Bed:
Rm:
Inmate ID:      298473
Address:,
        , AL
P:

**SAMPLE**
Specimen ID: 941595887
Date Of Report: 04/02/2016 15:57
Date Collected: 03/29/2016 08:05
Date Received: 04/02/2016 12:53

*North America Central Time*

Notes: PATIENT FASTING

## CLINICAL REPORT

**-* CARDIOVASCULAR/LIPIDS *--**

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|------|--------|----------|-----------|-------|-----------------|------|
| Cholesterol | 140 | | <200 | mg/dL | | |
| Triglycerides | 73 | | <150 | mg/dL | | |
| HDL CHOL., DIRECT | 72 | | >40 | mg/dL | | |
| HDL as % of Cholesterol | 51 | | >14 | % | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | |
| Chol/HDL Ratio | 1.9 | | <7.4 | | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | |
| LDL/HDL Ratio | 0.74 | | <3.56 | | | |
| NON-HDL CHOLESTEROL | 68 | * | <130 | mg/dL | | |
| LDL Cholesterol | 53 | | <100 | mg/dL | | |
| VLDL, CALCULATED | 15 | | 7-32 | mg/dL | | |

NOTE: Specimen submitted is LIPEMIC. This may cause inaccurate results.
      Please resubmit a fasting specimen at your earliest convenience.



CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

**James Weisberger M.D.**      Page 1 of 1
**Laboratory Director**   Printed 04/04/2016 10:16

BioReference Laboratories is a Florida Clinical Laboratory

GE MAC1200          MIMS, REGINALD OOO298473, CORRECTIONAL MEDICAL SERVICES
Male, 20 Years (04/09/1995)                                                    HR  85bpm

CENTER NO.
Measurement Results:
QRS          :     82 ms                    < P  ------      Interpretation:
QT/QTcB      :    332 /  395 ms      -90    < T  ------      12SL - Interpretation:
PR           :    160 ms       aUR          aUL             Normal sinus rhythm
P            :     98 ms                                    Normal ECG
RR/PP        :    694 /  705 ms
P/QRS/T      :    72/  85/  55 degrees



Exhibit D

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _03/09/17_    Date Placed in Segregation: _11/09/16_

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW    M.H. Code: ___O___

ADOC Psychologist/Psychological Associate Conducting Review: _Ehelia Brown, MS_

## MENTAL STATUS EXAMINATION:    Institution: _Holman_

| | |
|---|---|
| _Affect:_  ☐ Anxious/nervous  ☐  Flat  ☑ Appropriate | _Appearance:_ ☐ Unkempt ☐ Disorganized ☑ Appropriate |
| _Concentration:_ ☑ Focused  ☐ Distracted | _Intellectual Functioning:_ ☑ Normal ☐ Borderline ☐ Retarded |
| _Mood:_  ☐ Depressed ☐ Elevated ☑ Euthymic  ☐ Irritable  ☐ Manic | _Speech & Thoughts:_ ☑ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| _Orientation:_ ☐ Disoriented ☑ Oriented to time, place and person | _Memory:_ Short-term ☑ Good ☐ Poor  Long-term ☑ Good ☐ Poor |

## BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

## COMMENTS:    _Stable_

_____

_____

_____

_____

_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

## RECOMMENDATIONS:

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Mems, Reginald_ | AIS # _298473_ |
|---|---|

Disposition:  Inmate Medical Record, Institutional Inmate File, Reference:    ADOC AR: 623, 625, 635
Central Records File    ADOC Form MH-039 - November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _12/9/16_   Date Placed in Segregation: _11/9/16_

☑ 30 DAY REVIEW ☐ 90 DAY REVIEW   M.H. Code: _D_

ADOC Psychologist/Psychological Associate Conducting Review: _Shelia Brown, ms_

**MENTAL STATUS EXAMINATION:**   Institution: _Holman_

| | | |
|---|---|---|
| _Affect:_ ☐ Anxious/nervous ☐ Flat ☑ Appropriate | _Appearance:_ ☐ Unkempt ☐ Disorganized ☑ Appropriate |
| _Concentration:_ ☑ Focused ☐ Distracted | _Intellectual Functioning:_ ☑ Normal ☐ Borderline ☐ Retarded |
| _Mood:_ ☐ Depressed ☐ Elevated ☑ Euthymic ☐ Irritable ☐ Manic | _Speech & Thoughts:_ ☑ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| _Orientation:_ ☐ Disoriented ☑ Oriented to time, place and person | _Memory:_ Short-term ☑ Good ☐ Poor Long-term ☑ Good ☐ Poor |

**BEHAVIORAL OBSERVATIONS:**

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

**COMMENTS:**   _Stable_

**RECOMMENDATIONS:**
CONFIDENTIAL & PRIVILEGED
DO NOT DISCLOSE FURTHER
☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Mims, Reginald_ | AIS # _298473_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____
☑ **EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical Complaints |
| ☐ Homicidal | ☐ Depressed | ☐ Sleep Disturbance |
| ☐ Mutilating | ☐ Withdrawn | ☐ Hallucinations/Delusions |
| ☐ Hostile, Angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior:_____ | | |

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:** _Seg placement_
_____
_____
_____
_____

**Referred by:** _Jackson LPN_    **Phone Contact #:**_____ **Date:** _11/2/16_
    Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**
_____
_____
_____
_____
_____
_____
_____
_____
_____

CONFIDENTIAL & PRIVILEGED
Government Information

**Follow-Up by:**_____ **Date:**_____

| Inmate Name: _Mims Reginald_ | Cell #: | AIS #: _278422_ |
|---|---|---|

Disposition: Inmate Medical Record     Reference: ADOC AR: 609, 612, 613, 614, 627, 638
                                                 ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☑ Other:_____*Seg placement*_____
☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal
    ☐ Homicidal    ☐ Anxious    ☐ Physical Complaints
    ☐ Mutilating    ☐ Depressed    ☐ Sleep Disturbance
    ☐ Hostile, Angry    ☐ Withdrawn    ☐ Hallucinations/Delusions
    ☐ Other inappropriate behavior:_____  ☐ Poor hygiene    ☐ Suspicious
☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
COMMENTS:_____

_____
_____
_____
_____

Referred by: *HCU*
_____
Referral for psychiatrist (referral has been screened by mental health or medic[ ]   Phone Contact #: 4[ ]   *3/16/16*

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_____
_____
_____
_____
_____
_____

Follow-Up by:_____

Inmate Name: *Mills-Mims Reginald*   Date:_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Disposition: Inmate Medical Record   Cell #:_____   AIS #: *298473*

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
   ☐ Family problem:_____
   ☐ Problems with other inmates:_____
   ☐ Recent stress:_____
   ☐ Other:_____
☐ **EVALUATION OF MENTAL STATUS**
   ☐ Suicidal          ☐ Anxious          ☐ Physical Complaints
   ☐ Homicidal         ☐ Depressed        ☐ Sleep Disturbance
   ☐ Mutilating        ☐ Withdrawn        ☐ Hallucinations/Delusions
   ☐ Hostile, Angry    ☐ Poor hygiene     ☐ Suspicious
   ☐ Other inappropriate behavior:_____
☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**_____
_____
_____
_____
_____
_____
_____

**Referred by:**_____  **Phone Contact #:**_____  **Date:**_____
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**
*Refer to Mental Health Specialist for Potential Predator (Non-Sexual)*
*as per the PREA RA scoring*
*Lerry A. Exvias 1/29/16*

*Received on 1/29/16 and saw on 2/1/16 refer to*
*chart for more details.*

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Follow-Up by:** *Bhelia Brown, MS*          **Date:** *2/1/16*

| Inmate Name: *Mims, Reginald* | Cell #: | AIS #: *298473 R* |
|---|---|---|

Disposition: Inmate Medical Record          Reference: ADOC AR: 609, 612, 613, 614, 627, 638
                                             ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____
☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal        ☐ Anxious        ☐ Physical Complaints
    ☐ Homicidal    ☐ Depressed   ☐ Sleep Disturbance
    ☐ Mutilating    ☐ Withdrawn   ☐ Hallucinations/Delusions
    ☐ Hostile, Angry  ☐ Poor hygiene  ☐ Suspicious
    ☐ Other inappropriate behavior: _____
☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**_____

_Seg Placement_

**Referred by** _Mississippi_ _____ **Phone Contact #:**_____ **Date:**_____
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Follow-Up by:** _____ **Date:**_____

| Inmate Name: Mims, Reginald | Cell #: | AIS #: 218473 |
|---|---|---|

**Disposition: Inmate Medical Record**

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☑ **CRISIS INTERVENTION**
    ☐ Family problem: _____
    ☐ Problems with other inmates: _____
    ☐ Recent stress: _____
    ☑ Other: _Seg placement_____
☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal
    ☐ Homicidal    ☐ Anxious    ☐ Physical Complaints
    ☐ Mutilating    ☐ Depressed    ☐ Sleep Disturbance
    ☐ Hostile, Angry    ☐ Withdrawn    ☐ Hallucinations/Delusions
    ☐ Other inappropriate behavior:  ☐ Poor hygiene    ☐ Suspicious
☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
COMMENTS: _MH Code B , No medication_____

_____
_____
_____
_____
_____
_____

Referred by: _____ RN   Phone Contact #: _P-Ward_   Date: _10/11/15_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_____
_____
_____
_____
_____
_____
_____
_____

CONFIDENTIAL & PRIVILEGED
Quality [Improvement] Information

Follow-Up by: _____
    Date: _____

Inmate Name: _Mims, Reginald_   Cell #: _____   AIS #: _293473_
Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
   ☐ Family problem: _____
   ☐ Problems with other inmates: _____
   ☐ Recent stress: _____
   ☑ Other: _As Per PREA Risk Factors - Potential Predator_

☐ **EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical Complaints |
| ☐ Homicidal | ☐ Depressed | ☐ Sleep Disturbance |
| ☐ Mutilating | ☐ Withdrawn | ☐ Hallucinations/Delusions |
| ☐ Hostile, Angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior: _____ | | |

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**

_Per Score of PREA Risk Factors - Potential Predator as_
_per his crimes and institutional Adjustments_

_____
_____
_____

Referred by: _Bennett. Emerson_    Phone Contact #: _Ext 255_    Date: _2/26/16_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_Received on 3-01-16 and saw on 3/02/16,_
_refer to medical file for more details._

_____
_____
_____
_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Follow-Up by: _Shelia Brown, MS_    Date: _3/02/16_

| Inmate Name: _Mims, Reginald_ | Cell #: _B. 104_ | AIS #: _298473 R_ |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | |
|------|--|
| 3/2/16 | (S) "I'm good" |
| 2:10pm | (O) Inmate oriented x 4, I/m was cooperative and participated in assessment, denies SI/HI, denies AIV hallucinations, denies depression, had good eye contact, good grooming, good hygiene, and reports eating and as good. Inmate denies ever experiencing sexual victimization or ever being a Predator. Inmate scores as a potential predator, due to his age, engaging in sexual predator behavior, criminal history of assaultive behavior, history of institutional violence, history of domestic violence, and prior incarcerations as a juvenile. No signs of distress. |
| | (A) Inmate appeared stable, affect normal, discussed ways to report PREA if an incident should occur, and reports no signs or sx's of mental distress. |
| | (P) f/u c̄ classification as needed and f/u c̄ psych/ Associate as needed or requested. ——Shelia Brown, MS |
| | |
| | |
| | |
| | |

CONFIDENTIAL & PRIVILEGED
Display information

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Mims, Reginald | 298473 | Holman |

Disposition: Inmate Medical Record

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form M H-040 – Revised May 14, 2008

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | |
|---|---|
| 2/1/16 | (S) "I'm okay" |
| 10:40 am | (O) Inmate oriented X4, I/m was cooperative and participated in session, denies SI/HI, denies A/V hallucinations, denies depression, and reports eating and sleeping as good. Inmate had good eye contact, good grooming, and good hygiene. Inmate denied ever experiencing or being involved in sexual assault in regards to victimization or as predator. Inmate denied feelings of vulnerability, stated to this writer that he feels safe in his current environment. Inmate reports no MH history, and is currently not on any medication. No signs of distress to note @ this time. |
| | (A) Inmate appeared stable, affect normal, and reports no sx's @ this time. |
| | (P) F/u ō psych/Associate as needed or requested. |
| | Shelia Brown, MS |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Mims, Reginald | 298473 R | Holman |

Disposition: Inmate Medical Record

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – Revised May 14, 2008

Page 79 of 138                    Exhibit D

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | |
|---|---|
| 4/01/15 | S: Inmate completed PREA orientation.  Inmate seen due to PREA referral from Classification as a potential victim.  S is 19 years old and this is his first incarceration. |
| | O:  Inmate presented with appropriate affect and was alert and oriented X 4.  His speech was normal with his judgment/thoughts intact. He indicated that he feels that he can manage any inappropriate advances that he may be subjected to while he is incarcerated. |
| | Inmate denied suicidal/homicidal ideation. |
| | A:  Based on the content of the interview and the inmate's behavior, no mental health referral is warranted at this time. |
| | P:  Inmate was made aware of the ADOC Administrative Regulations on sexual behaviors and its consequences while incarcerated.  Inmate was further advised on Inmate PREA Guidelines and procedures regarding feelings of victimization at the hands of staff or other inmates. *Amy Boyd Psych. Assoc. II* |
| | |
| | |
| | |
| | |
| | |
| | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Mims, Reginald | 298473 | Kilby R&CC |

Disposition: Inmate Medical Record

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – Revised May 14, 2008



## Request and Authorization for Dental Procedure

| DEMOGRAPHICS | |
|---|---|
| Patient Name: *Mims Reginald* | ID Number: *2989█* |
| Facility Name: *Holman* | Date of Birth: *4-9-95* |
| Unit: *Dental* | Sex: ☑ Male  ☐ Female |

### REQUEST AND AUTHORIZATION

1. I request and authorize Dr. *Riley* and his/her associate or assistants under direct supervision to perform the following procedure(s):

   ☐ Extraction of: _____

   ☐ Temporary filling of: _____

   ☑ Other: *eval toothache /xray*

   Benefit(s) of Patient's Condition / Problem(s) being treated:
   *Better health*

   I understand that during the course of the procedure(s), something unexpected may arise which may necessitate procedures in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of additional procedures which may be considered necessary or advisable by the above named dentist.

2. I further request and authorize the taking of oral / dental x-rays and the use of anesthetics as may be considered necessary or advisable by the dentist to diagnose and/or treat dental problem(s).

### INFORMED CONSENT

3. I am aware that oral surgery has some risks and limitations including, but not limited to:
   - Allergic reaction to the anesthetic
   - Fracture of a part of a tooth or adjacent bone
   - Roots of upper teeth displaced into the sinus or exposure of the sinus
   - Bony fragments appearing after an extraction
   - Post-operative infection
   - Dry socket following an extraction

   - Allergic reaction to other medicines
   - Fracture of the mandible (jaw)
   - Laceration or puncture wounds
   - Post-operative bleeding
   - Numbness following injections or extractions – may result in permanent numbness of lower lip, tongue and chin
   - Stretching, cracking or bruising of the corners of the mouth

4. The undersigned has provided me with information sufficient to give me a general understanding of the nature of the proposed procedure(s), the benefits and the usual and most frequent risks and hazards of the proposed procedure(s). The possible alternative methods of diagnosis or treatment, the risks and benefits of such alternatives and the prognosis of any condition with and without the proposed procedure(s) have also been explained to me.

5. I have had sufficient opportunity to discuss my dental conditions and treatment with the undersigned. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s).

6. I understand that replacement teeth/tooth are not guaranteed following extraction.

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

### SIGNATURE

| | | |
|---|---|---|
| X *Reginald Mims* | *Mims Reginald* | *3·21·17* |
| Patient/Responsible Party Signature | Print Name | Date |
| *[signature]* | *C. Kent Riley, DMD* | *3·21·17* |
| Dentist/Witness Signature | Print Name | Date |

CS1202

© 2015 Corizon Health, Inc.    All rights reserved.

Exhibit D



**C O R I Z O N**
HEALTH

## Request and Authorization for Dental Procedure

### DEMOGRAPHICS

Patient Name: Mims Reginald                ID Number: MM13
Facility Name: Holman                      Date of Birth: ▮▮▮▮
Unit: H.C.U. : Dental                      Sex: ✓ Male   ☐ Female

### REQUEST AND AUTHORIZATION

1. I request and authorize Dr. _Marc Friduss, DDS_ and his/her associate or assistants under direct supervision to perform the following procedure(s):

   ☐ Extraction of: _____

   ☐ Temporary filling of: _____

   ☒ Other: Medical : Annual Dental Exam /OHI

   Benefit(s) of Patient's Condition / Problem(s) being treated: Better Health

   I understand that during the course of the procedure(s), something unexpected may arise which may necessitate procedures in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of additional procedures which may be considered necessary or advisable by the above named dentist.

2. I further request and authorize the taking of oral / dental x-rays and the use of anesthetics as may be considered necessary or advisable by the dentist to diagnose and/or treat dental problem(s).

### INFORMED CONSENT

3. I am aware that oral surgery has some risks and limitations including, but not limited to:
   - Allergic reaction to the anesthetic
   - Fracture of a part of a tooth or adjacent bone
   - Roots of upper teeth displaced into the sinus or exposure of the sinus
   - Bony fragments appearing after an extraction
   - Post-operative infection
   - Dry socket following an extraction
   - Allergic reaction to other medicines
   - Fracture of the mandible (jaw)
   - Laceration or puncture wounds
   - Post-operative bleeding
   - Numbness following injections or extractions – may result in permanent numbness of lower lip, tongue and chin
   - Stretching, cracking or bruising of the corners of the mouth

4. The undersigned has provided me with information sufficient to give me a general understanding of the nature of the proposed procedure(s), the benefits and the usual and most frequent risks and hazards of the proposed procedure(s). The possible alternative methods of diagnosis or treatment, the risks and benefits of such alternatives and the prognosis of any condition with and without the proposed procedure(s) have also been explained to me.

5. I have had sufficient opportunity to discuss my dental conditions and treatment with the undersigned. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s).

6. I understand that replacement teeth/tooth are not guaranteed following extraction.

### SIGNATURE

X _Reginald Mims_    X _Reginald Mims_    4-14-16
Patient/Responsible Party Signature   Print Name   Date

X _____   Marc Friduss, DDS   4-14-16
Dentist/Witness Signature   Print Name   Date

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CS1202    © 2015 Corizon Health, Inc.   All rights reserved.

Correctional Medical Services, Inc.
Dental Treatment Record

| Name: Mims Reginald | | ID#: 298473 | Race: BM | DOB: 4-9-95 |

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |



| | TOOTH | PRIORITY GIVEN |
|---|---|---|
| Date of Initial Examination: | | Annual Exam and OHI Given |
| Initial Classification: | 4-14-16 | |
| Oral Pathology: | | |
| Gingivitis | | **Periodontal Screening & Recording (PSR)** |
| Vincent's Infection | | |
| Stomatis | | |
| Other Findings | | Date: 4-14-16 |
| Occlusion | | |
| Roentgenograms: | | |
| Periapical | | |
| Bitewing | | |
| Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | ✓ | | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7103-Dental Treatment Record-Revision 11/2007
Copyright©2007 by Correctional Medical Services, Inc., All Rights Reserved.

Exhibit D

Correctional Medical Services, Inc.
Dental Treatment Record

| | | SERVICES RENDERED | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICE PROVIDED |
| 4-14-16 | | | S: "Dental" |
| 2:21pm | | | O: Annual Dental Exam. |
| | | | Malocclusion.  RMH: Asthma |
| | | | I: Reviews OHI. |
| 0915 03/21/17 | 7 | | S: "my upper front tooth is |
| | | | causing me alot of pain |
| | | | when I bite down or |
| | | | chew my food." |
| | | | O: #7 is ectopically erupted |
| | | | inward toward hard palate |
| | | | area, and is maloccluded |
| | | | w/ opposing dentition. |
| | | | A: #7 is N.R.; |
| | | | P: #7 - EXT, pt. agrees, |
| | | | consent signed, 2-carps, |
| | | | Septo 1:200K epi, #7 |
| | | | luxate/elevate, post/gauze |
| | | | given, Rx: IB (400), |
| | | | Amoxil (500), NV: PRN. |
| | | | CKC, D.M.D. |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL & PRIVILEGED
Qual
CP7103-Dental Treatment Record-Revision 11/2007
Copyright©2007 by Correctional Medical Services, Inc., All Rights Reserved.

Page 84 of 138                                        Exhibit D



**Patient Information Education Log**
**General Topics**

| Facility Name | Holman | | | | | |
|---|---|---|---|---|---|---|
| | | First | Reginald | MI | ID Number | 298473 |
| Birth date | | Medication Allergies ☒ N ○ Y If Yes List: | | | | |
| Diagnosis | Dental Problems | | | | | |

| PIFS Title | Encounter Type | Date | Patient Initials | Provider initials |
|---|---|---|---|---|
| Bath Salts (NA5096) | | | | |
| Chlamydia(NA5077) | | | | |
| Common Cold (Upper Respiratory Infection)(NA6024) | | | | |
| Constipation (NA6015) | | | | |
| Dental (NA6027) | | 4-14-14 | X | n.m |
| Diarrhea (NA6016) | | | | |
| Genital Herpes (NA5078) | | | | |
| Genital HPV (NA5081) | | | | |
| Heat Related Illness (NA7259) | | | | |
| Influenza (NA6059) | | | | |
| Jock Itch (NA6008) | | | | |
| Kegel Exercises for Men (NA6087) | | | | |
| KOP Agreement (NA7534) | | | | |
| Lice (NA6009) | | | | |
| More Medicine Does Not Mean Better (NA6216) | | | | |
| MRSA (NA6050) | | | | |
| No Medicine May Be the Best Medicine (NA6217) | | | | |
| Not Eating, Effects of (NA6082) | | | | |
| Nutrition and Weight Control (NA6064) | | | | |
| PREA (NA7847) | | | | |
| Scabies (NA6048) | | | | |
| Sleeping Better (NA6012) | | | | |
| Smoking Cessation (NA6065) | | | | |
| Strains Sprains-Minor Trauma (NA6023) | | | | |
| Substance Addiction (NA5049) | | | | |
| | | | | |
| | | | | |
| | | | | |

| Education will be ongoing throughout your treatment. Your signature confirms that this education information has been reviewed with you. | | |
|---|---|---|
| Reginald Unism | n.m | |
| Patient Signature | Patient Initials | |

| Health Staff Signature | Print/Stamp Name | Initials |
|---|---|---|
| Provider | Marc D Fridles DDS | MDF |
| | | |
| | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

QNA5044a
Issued 1/15/2014

© 2014 Corizon Health, Inc.

Exhibit D

# Dental Treatment Plan and Treatment Record

Inmate Name: Mims Reginald      ID#: 298473

Overall Diagnosis: Dental Problem

Caries: Tooth Number and Surfaces: _____

_____

Faulty Restorations: Tooth Number and Surfaces: _____

_____

Missing Teeth: _____

Non-restorable Teeth: _____

Periodontal Diagnosis: ✓ Gingivitis ___ Chronic Periodontitis

___ Aggressive Periodontitis ___ Other

Other Diagnosis: Malocclusion Lingual version 7/26

| Problem Number | Problem | Treatment | Date Completed | Dentist |
|---|---|---|---|---|
| 7 | malccluded/pain | Adult Prophy/BX17 #7-EXT | 03/21/17 | CKR, D.M.D. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dentist Signature _____

Date of Treatment Plan: 4-14-11

Date of Recall: 4-14-16  Mims

CMS 7701 (05/04)
CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**Patient Information Fact Sheet**
**Dental (Oral Hygiene)**

## *What is oral hygiene?*

Oral hygiene means keeping the inside of the mouth (teeth, gums and tongue) clean.
Good oral hygiene is important because:
- It helps to prevent cavities, early tooth loss, gum disease and bad breath.
- Infections that start in the mouth can spread to become sinus, jawbone or ear infections.
- A cut in the mouth can become infected just like a cut on any other part of the body.

## *What should I do?*

Routine dental care is important for good health. Brush your teeth (or dentures) for 2-3 minutes twice daily.
Also do a few brush strokes on the tongue. Rinse well.

    

Images courtesy of  Sunstar Americas, Inc.

- Rinse your mouth with water when you cannot brush.
- Dentures or partial plates should be brushed and soaked overnight in water.
- Choose healthy foods. Foods that are good for bones and muscles are also good for teeth and gums.
- Avoid sugary drinks and snacks.
- No tobacco. Smoking and chewing are linked to dental problems and gum, tongue and throat cancer.
- If it's not food, do not chew on it. Chewing on hard objects (like pencils) can crack or weaken teeth.

## *Put in a sick call request if you have:*

- Tooth pain
- Swollen, painful or bleeding gums
- Loose or broken teeth that are causing pain
- A change in the way a partial or dentures fit, that is causing pain
- Patches inside your mouth that look thick or fuzzy, white or grey

Until you see the dentist:
- Avoid extremely hot or cold liquids and foods.
- Rinse with warm salt water 4 times a day.  Mix 1 teaspoon of table salt in 1 cup of warm water.
- Apply cool cloths to the area for the first day, then warm cloths.
- Take pain medicine as directed.

## *Tell a correctional officer to call medical if you have:*

- Fever after dental work
- A mouth injury that:
  o Knocks a tooth out or loose
  o Causes heavy bleeding that will not  stop
  o Makes you unable to open and close your mouth.

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6027
Issue 1/15/2013

©2013 Corizon Health, Inc.

Page 87 of 138                                        Exhibit D



# C&ORIZON
### HEALTH™

Demographics

Inmate Name: **Mims Reginald**    AIS: **298473**    DOB: ▮▮▮▮▮▮

Housing Location:   ○ General Population   ◉ Segregation   ○ Other: _____

## Periodic Physical Exam

The periodic physical exam process uses routine questions and tests to assess your state of health and identify potential conditions which will deteriorate into illness if left untreated. We encourage your truthfulness and cooperation in this process.

## Consent

I hereby give Corizon Health Medical Services consent to draw and test my blood for the Human Immunodeficiency Virus, commonly know as HIV. I understand this is part of a routine physical exam and that should my blood test positive for the virus I will be notified and receive counseling regarding available treatment.

Patient Signature: *Reginald Mims*    Date: **4/22/17**

## Physician's Order

Draw blood for HIV testing as part of the periodic Physical Exam process.

_____
SMD Signature

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

I have received the *Access to Healthcare* information. I understand how to access health care and I understand the grievance process.

_A. neginall win_
Patient name                    AIS number

_4-27-17_
Date

_CCPAYRN_
CMS staff

_4-27n_
Date

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit D

**C⊘RIZON™**
*Promote a culture of safety*

**RELEASE OF RESPONSIBILITY**

Mims, Reginald

Name of Inmate

3/3/17   11:55 Am

Date/Time

~~289493~~   289473

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

MD appt

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

Inmate Signature

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09

Revised 7/10/2013

© 2013 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

Exhibit D