IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| REGINALD MIMS, <br> AIS #298473, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERSON DUNN, et al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:17-CV-255-KD-N <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Charles Arthur, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Charles Arthur and I am presently employed as a Correctional Sergeant employed by the Department of Corrections, and a member of the ADOC CERT Team. I am over twenty-one (21) years of age.

I have read the complaint in the above referenced case. I make the following statement: On the date and time in question I, Correctional Sergeant Charles Arthur, did enter Holman Correctional Facility dormitory B with the CERT Team on the stated date and time to arrest Inmate Reginald Mims 298473, who was identified as a suspect from an incident that took place on Monday November, 07, 2016. An investigation determined that Inmate Mims communicated intent to inflict harm to staff with a weapon and engaged in conduct with other hostile inmates that created a substantial risk to institutional security. Once entry was made inside of the dormitory, all inmates were given orders to lie down on their assigned beds and to place their hands behind their

Exhibit G

backs. Inmate Mims became combative and refused to comply with the orders that were given which lead to the CERT team's usage of physical force that included basic riot baton movements in order to gain control of Inmate Mims. The use of force was terminated once Inmate Mims' resistance ceased and Inmate Mims was able to be placed in the appropriate restraints. The minimum amount of force necessary was used to control the situation. Inmate Mims was medically evaluated and reassigned to segregation pending disciplinary action for Gathering in a threatening or intimidating manner, Unauthorized possession of a weapon or device that could be used as a weapon, Inciting a riot or rioting, and Failure to obey a direct order of an ADOC employee. At no time did I observe any type of abusive or excessive force being used against Inmate Mims by the CERT team. I have not violated any of Inmate Mims' rights and any and all allegations made by Inmate Mims are false and full of malice. All actions on my behalf were made in a professional manner and within the scope of my duties.

_____
Charles Arthur, Correctional Sergeant

SWORN TO AND SUBSCRIBED TO before me on this 26th day of July, 2017.

_____
NOTARY PUBLIC

My Commission Expires: My Commission Expires 3/26/2020

Exhibit G